UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WEINSTEIN, ET AL.,

    Plaintiffs,

v.

UGS CORP.,

    Defendant.
_____/

Case No. 07-15000

Honorable Nancy G. Edmunds

**ORDER DENYING DEFENDANT'S MOTION FOR RULE 11 SANCTIONS [12]**

At a hearing held on June 18, 2008, this matter came before the Court on Defendant's motion for Rule 11 sanctions. Being fully advised in the premises, having read the pleadings, and for the reasons stated on the record, Defendant's motion is DENIED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: June 19, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 19, 2008, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager