UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WEINSTEIN, Individually and as
Representative of the Estate of JUDITH
WEINSTEIN, as Representative of the Estate
Of ALEXANDER WEINSTEIN, and as
Representative of the Estate of SAMUEL
WEINSTEIN,

    Plaintiffs,

vs.

UGS CORP.,

    Defendant.

Case No. 2:07-cv-15000 NGE-RSW
Hon. Paul D. Borman

_____/

| | |
|---|---|
| BARRY F. LAKRITZ (P16358) | HERSCHEL P. FINK (P13427) |
| DANA LAKRITZ MARCUS (P59584) | BRIAN D. WASSOM (P60381) |
| Barry F. LaKritz Assoc. | Honigman Miller Schwartz & Cohn LLP |
| Attorneys for Plaintiff | Attorneys for Defendant UGS Corp. |
| 39400 Woodward Avenue, Suite 200 | 2290 First National Building |
| Bloomfield Hills, MI 48304-5153 | Detroit, MI 48226 |
| 248-723-4746 | Phone: (313) 465-7400 |
| Fax: 248-723-4690 | E-mail: hfink@honigman.com |
| Email: blakritz@lakritzlaw.com |        bwassom@honigman.com |
|       dlakritz@lakritzlaw.com | |
| | JAMES P. FEENEY (P13335) |
| FRANCISCO GUERRA, IV | BRITTANY M. SCHULTZ (P63272) |
| Watts Guerra Craft LLP | Dykema Gossett PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant UGS Corp. |
| 300 Convent , Suite 100 | 39577 Woodward Avenue, Suite 300 |
| San Antonio, TX 78205 | Bloomfield Hills, MI 48304 |
| 210-527-0500 | Phone: (248) 203-0700 |
| Fax: 210-527-0501 | Fax: (248) 203-0763 |
| Email: fguerra@wgclawfirm.com | E-mail: jfeeney@dykema.com |
| |        bschultz@dykema.com |

_____/

**STIPULATED ORDER EXTENDING DEADLINES
IN COURT'S SCHEDULING ORDER**

This matter having come before the Court by stipulation, the parties request the following revisions to the deadlines provided in the Court's current Scheduling Order:

| *DEADLINE* | *NEW DATE* |
|---|---|
| Plaintiff's Expert Disclosures Deadline: | N/A |
| Defendant's Expert Disclosures Deadline: | 1/31/10 |
| Dispositive Motion Deadline: | N/A |
| Stipulation for Case Evaluation/ADR: | N/A |
| Plaintiff's Expert Depositions By: *unless otherwise agreed to by the parties* | 3/31/10 |
| Defendant's Expert Depositions By: *unless otherwise agreed to by the parties* | 4/30/10 |
| Final Pretrial Order Due: | To be set by the Court |
| Final Pretrial Conference: | To be set by the Court |
| Trial Date: | To be set by the Court |

**IT IS HEREBY ORDERED** that the case dates and deadlines are adjourned as stated above.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: December 17, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 17, 2009.

s/Denise Goodine
Case Manager

Case 2:07-cv-15000-PDB-RSW    Document 46    Filed 12/17/2009    Page 3 of 4

**STIPULATIONS:**

| | |
|---|---|
| **WATTS GUERRA CRAFT LLP** | **DYKEMA GOSSETT** PLLC |
| By: /s/with consent of Francisco Guerra, IV | By: /s/Brittany M. Schultz |
|     Francisco Guerra, IV |     James P. Feeney (P13335) |
|     Attorneys for Plaintiff |     Brittany M. Schultz (P63272) |
|     300 Convent , Suite 100 |     Attorneys for Defendant UGS Corp. |
|     San Antonio, TX 78205 |     39577 Woodward Avenue, Suite 300 |
|     (210) 527-0500 |     Bloomfield Hills, MI 48304 |
|     (210) 527-0501 (fax) |     (248) 203-0700 |
|     fguerra@wgclawfirm.com |     (248) 203-0763 (fax) |
| |     jfeeney@dykema.com |
| |     bschultz@dykema.com |

BH01\1084763.1
ID\BMS - 102994/0001