UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WEINSTEIN, Individually and as
Representative of the Estate of JUDITH
WEINSTEIN, as Representative of the Estate
Of ALEXANDER WEINSTEIN, and as
Representative of the Estate of SAMUEL
WEINSTEIN,

       Plaintiffs,                Case No. 2:07-cv-15000 PDB-RSW

vs.

UGS CORP.,

       Defendant.

_____/

| | |
|---|---|
| BARRY F. LAKRITZ (P16358) | HERSCHEL P. FINK (P13427) |
| DANA LAKRITZ MARCUS (P59584) | BRIAN D. WASSOM (P60381) |
| Barry F. LaKritz Assoc. | Honigman Miller Schwartz & Cohn LLP |
| Attorneys for Plaintiff | Attorneys for Defendant UGS Corp. |
| 39400 Woodward Avenue, Suite 200 | 2290 First National Building |
| Bloomfield Hills, MI 48304-5153 | Detroit, MI 48226 |
| 248-723-4746 | Phone: (313) 465-7400 |
| Email: blakritz@lakritzlaw.com | E-mail: hfink@honigman.com |
|     dlakritz@lakritzlaw.com |     bwassom@honigman.com |
| | |
| FRANCISCO GUERRA, IV | JAMES P. FEENEY (P13335) |
| Watts Guerra Craft LLP | BRITTANY M. SCHULTZ (P63272) |
| Attorneys for Plaintiff | Dykema Gossett PLLC |
| 300 Convent , Suite 100 | Attorneys for Defendant UGS Corp. |
| San Antonio, TX 78205 | 39577 Woodward Avenue, Suite 300 |
| 210-527-0500 | Bloomfield Hills, MI 48304 |
| Email: fguerra@wgclawfirm.com | Phone: (248) 203-0700 |
| | E-mail: jfeeney@dykema.com |
| |     bschultz@dykema.com |

_____/

**PLAINTIFFS' MOTION *IN LIMINE* NO. 2
MOTION IN LIMINE TO EXCLUDE EVIDENCE OF GARY WEINSTEIN'S
RELATIONSHIPS WITH WOMEN AFTER THE DEATH OF HIS WIFE**

Plaintiffs move *in limine* to exclude argument, testimony or other evidence prohibiting Defendant from introducing evidence or making any reference to whether Gary Weinstein has had relationships with or dated women since his wife's death, as the evidence is not relevant and any probative value it might have is substantially outweighed by its prejudicial effect. Fed. R. Evid. 402, 403. Further, Michigan law prohibits the introduction of such evidence, and that law governs in this diversity action. *Wood v. Detroit Edison Co.*, 408 Mich. 279, 286-87, 294 N.W.2d 571, 572-73 (Mich. 1980); *Bunda v. Hardwick*, 376 Mich. 640, 656, 138 N.W.3d 305, 313 (Mich. 1965) ("evidence of plaintiff's remarriage or the *probability* of her remarriage is irrelevant.").

Pursuant to E.D. Mich. LR 7.1, Plaintiff sought but did not obtain concurrence in the relief requested in this motion from counsel for Defendant.

WHEREFORE, Plaintiff requests that this Court enter an Order granting its Motion *in limine* to exclude argument, testimony or other evidence regarding Gary Weinstein's relationships with other women after the death of his wife.

WATTS GUERRA CRAFT, LLP

By: /s/ Francisco Guerra, IV.
Mikal C. Watts
State Bar No. 20981820
Federal ID No. 12419
Francisco Guerra, IV.
State Bar No. 00796684
Federal ID No. 22568
Attorney for Plaintiffs
Bank of America Plaza, Ste. 100
300 Convent Street
San Antonio, Texas 78205
Phone: (210) 527-0500
Fax: (210) 527-0501
E-mail: fguerra@wgclawfirm.com

Date: September 30, 2010

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WEINSTEIN, Individually and as
Representative of the Estate of JUDITH
WEINSTEIN, as Representative of the Estate
Of ALEXANDER WEINSTEIN, and as
Representative of the Estate of SAMUEL
WEINSTEIN,

       Plaintiffs,                          Case No. 2:07-cv-15000 PDB-RSW

vs.

UGS CORP.,

       Defendant.

                                                          /

BARRY F. LAKRITZ (P16358)
DANA LAKRITZ MARCUS (P59584)
Barry F. LaKritz Assoc.
Attorneys for Plaintiff
39400 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304-5153
248-723-4746
Email: blakritz@lakritzlaw.com
       dlakritz@lakritzlaw.com

FRANCISCO GUERRA, IV
Watts Guerra Craft LLP
Attorneys for Plaintiff
300 Convent , Suite 100
San Antonio, TX 78205
210-527-0500
Email: fguerra@wgclawfirm.com

HERSCHEL P. FINK (P13427)
BRIAN D. WASSOM (P60381)
Honigman Miller Schwartz & Cohn LLP
Attorneys for Defendant UGS Corp.
2290 First National Building
Detroit, MI 48226
Phone: (313) 465-7400
E-mail: hfink@honigman.com
       bwassom@honigman.com

JAMES P. FEENEY (P13335)
BRITTANY M. SCHULTZ (P63272)
Dykema Gossett PLLC
Attorneys for Defendant UGS Corp.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Phone: (248) 203-0700
E-mail: jfeeney@dykema.com
       bschultz@dykema.com

                                                          /

**PLAINTIFFS' BRIEF IN SUPPORT OF ITS MOTION *IN LIMINE* NO. 2
MOTION IN LIMINE TO EXCLUDE EVIDENCE OF GARY WEINSTEIN'S
RELATIONSHIPS WITH WOMEN AFTER THE DEATH OF HIS WIFE**

## QUESTION PRESENTED

Whether the Court should exclude argument, testimony or other evidence regarding Gary Weinstein's relationships with other women after the death of his wife because such evidence is irrelevant and would unfairly prejudice Plaintiffs.

Plaintiff says "Yes."

Defendant says "No."

## CONTROLLING AUTHORITY

CASES                                                                          PAGE(S)

*Wood v. Detroit Edison Co.,*
    408 Mich. 279, 286-87, 294 N.W.2d 571, 572-73 (Mich. 1980)................................4

*Bunda v. Hardwick,*
    376 Mich. 640, 656, 138 N.W.3d 305, 313 (Mich. 1965)......................................4

*Brossette v. Swift Transp. Co.,*
    No. 07-0888, 2008 WL 4809411, *2-3 (W.D. La. Oct. 29, 2008)..............................5


RULES                                                                          PAGE(S)

Fed. R. Evid. 401 .......................................................................................................3

Fed. R. Evid. 402 ....................................................................................................3, 4

Fed. R. Evid. 403 ....................................................................................................3, 4


DEPOSITIONS                                                                     PAGE(S)

Gary Weinstein.........................................................................................................5

## INTRODUCTION

Plaintiff moves for an order to exclude argument, testimony or other evidence regarding Gary Weinstein's relationships with other women after the death of his wife. This evidence is not relevant to any issue in the case and must be precluded pursuant to Fed. R. Evid. 401, 402, and 403.

## FACTS

This case involves a fatal accident that occurred on May 3, 2005 at approximately 3:30 p.m. on 12 Mile Road just east of Orchard Lake Road in Farmington Hills, Michigan. On this date, Tom Wellinger, after leaving his place of employment 45 minutes earlier, crashed into the rear end of a Honda driven by Judith Weinstein and her two sons Samuel and Alexander, ages 7 and 9. Judith, Alex and Samuel Weinstein were killed in the accident. Mr. Wellinger was intoxicated at the time of the accident and is in prison for causing the accident. Gary Weinstein, the husband of Judith and father of Alex and Samuel, is the personal representative of the Estate of Judith, Samuel and Alexander Weinstein. He has brought a wrongful death action against Mr. Wellinger's employer, UGS Corp. Gary Weinstein claims that UGS is directly liable for failing to supervise Mr. Wellinger, or vicariously liable for the negligent acts of Mr. Wellinger, through *respondeat superior*, because he claims Mr. Wellinger was acting in the course and scope of his employment by allegedly directing Mr. Wellinger to attend a medical appointment.

## ARGUMENT

Plaintiffs request this Court enter a motion in limine prohibiting Defendant from introducing evidence or making any reference to whether Gary Weinstein has had relationships with or dated women since his wife's death, as the evidence is not relevant and any probative value it might have is substantially outweighed by its prejudicial

3

effect. Fed. R. Evid. 402, 403. Further, Michigan law prohibits the introduction of such evidence, and that law governs in this diversity action. *Wood v. Detroit Edison Co.*, 408 Mich. 279, 286-87, 294 N.W.2d 571, 572-73 (Mich. 1980); *Bunda v. Hardwick*, 376 Mich. 640, 656, 138 N.W.3d 305, 313 (Mich. 1965) ("evidence of plaintiff's remarriage or the *probability* of her remarriage is irrelevant.").

In *Wood*, the Michigan Supreme Court explained why evidence of a surviving spouse's remarriage or subsequent relationships that could result in marriage should be excluded:

> The rule in Michigan, and that followed by a majority of jurisdictions, is that "evidence of plaintiff's remarriage or the probability of her remarriage is irrelevant and, therefore, was properly excluded, in determining the damages she suffered upon the death of her spouse". (Emphasis supplied.) The rationale for the rule rests predominantly on three factors:
>
> > (1) A cause of action for wrongful death arises at the time of death. Thus, the amount of damages suffered is fixed as of that time and is to be determined as of that date.
> >
> > (2) To allow evidence of a subsequent marriage to influence the amount of damages awarded for the loss of society and companionship of a prior marriage is highly speculative. Comparing one relationship to another in an attempt to determine damages invites qualitative inquiry inappropriate to the probing scrutiny of the trial court.
> >
> > (3) Similar to the collateral source rule, evidence of the effects of a subsequent marriage should have no bearing on the amount due a plaintiff following a wrongful death. Compensation received from another source should not affect the responsibility owed to the injured party by the tortfeasor.
>
> Evidence of the possibility of remarriage is held not admissible for the purpose of mitigating damages for essentially the same reasons.

*Id.* (footnotes omitted).

A federal court in Louisiana recently held federal courts should consider state laws that forbid evidence of remarriage, when ruling on a similar motion in limine.

4

*Brossette v. Swift Transp. Co.*, No. 07-0888, 2008 WL 4809411, *2-3 (W.D. La. Oct. 29, 2008)
("diversity cases such as this one are governed by Louisiana law, which 'forbids
evidence of remarriage in a suit seeking damages for the loss of a spouse,'" quoting
*Calderera v. Eastern Airlines, Inc.*, 705 F.2d 778, 782 (5th Cir. 1988)).  In that case, the court
clarified that the rule applies not just to remarriage, but any relationships or dating that
occurred after the spouse's death.  *Id.*

Plaintiffs request the Court enter an Order granting the Motion in Limine to
Exclude Evidence of Gary Weinstein's Relationships with Women After the Death of his
Wife; specifically, the romantic relationship he has had with his friend, Eileen, as
discussed during his deposition on pages 33 and 34.


Date:  September 30, 2010                    WATTS GUERRA CRAFT, LLP.

                                    By:    /s/ Francisco Guerra, IV.
                                           Mikal C. Watts
                                           State Bar No. 20981820
                                           Federal ID No. 12419
                                           Francisco Guerra, IV.
                                           State Bar No. 00796684
                                           Federal ID No. 22568
                                           Attorney for Plaintiffs
                                           Bank of America Plaza, Ste. 100
                                           300 Convent Street
                                           San Antonio, Texas 78205
                                           E-mail: fguerra@wgclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

BARRY F. LAKRITZ (P16358)
DANA LAKRITZ MARCUS (P59584)
Barry F. LaKritz PC
Attorneys for Plaintiff
39400 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304-5153
Email: blakritz@lakritzlaw.com
        dlakritz@lakritzlaw.com

FRANCISCO GUERRA, IV.
Watts Guerra Craft LLP
Attorneys for Plaintiff
300 Convent, Suite 100
San Antonio, TX 78205-3705
Email: fguerra@wgclawfirm.com

HERSCHEL P. FINK (P13427)
BRIAN D. WASSOM (P60381)
Honigman Miller Schwartz & Cohn
LLP
Attorneys for Defendant UGS Corp.
2290 First National Building
Detroit, MI 48226-3506
Email: hfink@honigman.com
        bwassom@honigman.com

By:    /s/ Francisco Guerra, IV.
       Mikal C. Watts
       State Bar No. 20981820
       Federal ID No. 12419
       Francisco Guerra, IV.
       State Bar No. 00796684
       Federal ID No. 22568
       Attorney for Plaintiffs
       Bank of America Plaza, Ste. 100
       300 Convent Street
       San Antonio, Texas 78205
       E-mail: fguerra@wgclawfirm.com

GARY WEINSTEIN
March 25, 2009

Page 1

1            UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF MICHIGAN
3                 SOUTHERN DIVISION
4
5   GARY WEINSTEIN, Individually
6   and as Representative of the
7   Estate of JUDITH WEINSTEIN,
8   as Representative of the
9   Estate of ALEXANDER
10  WEINSTEIN, and as
11  Representative of the Estate
12  of SAMUEL WEINSTEIN,
                    Case No.
13      Plaintiffs,
                    2:07-cv-15000 NGE-RSW
14      vs.
                    Hon. Nancy G. Edmunds
15  UGS CORP.,
16      Defendant.
17  _____
18
19
20      The Deposition of GARY WEINSTEIN,
21      Taken at 39400 Woodward Avenue, Suite 200,
22      Bloomfield Hills, Michigan,
23      Commencing at 9:05 a.m.,
24      Wednesday, March 25, 2009,
25      Before Amy C. Calkins, CSR-3593.

Page 2

1   APPEARANCES:
2
3   BARRY F. LAKRITZ
4   DANA LAKRITZ MARCUS
5   39400 Woodward Avenue
6   Suite 200
7   Bloomfield Hills, Michigan  48304
8   (248) 723-4746
9       Appearing on behalf of the Plaintiffs.
10
11  FRANK GUERRA, IV
12  Watts Law Firm
13  300 Convent, Suite 100
14  San Antonio, Texas  78205
15  (210) 527-0500
16      Appearing on behalf of the Plaintiffs.
17
18  BRITTANY M. SCHULTZ
19  Dykema Gossett PLLC
20  39577 Woodward Avenue
21  Suite 300
22  Bloomfield Hills, Michigan  48304
23  (248) 203-0700
24      Appearing on behalf of the Defendant.
25

Page 3

1                  TABLE OF CONTENTS
2
3   WITNESS                         PAGE
4
5   GARY WEINSTEIN
6
7   EXAMINATION BY MS. SCHULTZ................ 5
8
9                    EXHIBITS
10
11  EXHIBITS                        PAGE
12  (Exhibits attached to transcript.)
13
14  DEPOSITION EXHIBIT 66 ................... 39
15  DEPOSITION EXHIBIT 67  ................. 74
16
17
18
19
20
21
22
23
24
25

Page 4

1   Bloomfield Hills, Michigan
2   Wednesday, March 25, 2009
3   9:05 a.m.
4
5                  GARY WEINSTEIN,
6   was thereupon called as a witness herein, and after
7   having first been duly sworn to testify to the truth,
8   the whole truth and nothing but the truth, was
9   examined and testified as follows:
10      MS. SCHULTZ: Good morning, Mr. Weinstein.
11  As I just introduced myself to you, I'm Brittany
12  Schultz. I represent the Defendant, UGS Siemens, in
13  this case and I'm going to take your deposition today.
14  My first question is, have you been deposed before?
15      THE WITNESS: No.
16      MS. SCHULTZ: The attorneys may have told
17  you some of the ground rules for a deposition, but
18  I'll just remind you. The first one is, I need a
19  verbal answer to all my questions instead of uh-huh or
20  huh-huh. I may know what you mean, but down the road
21  it will be hard to figure it out when I read the
22  transcript.
23      THE WITNESS: Clear.
24      MS. SCHULTZ: Second of all, if you don't
25  understand any of my questions, let me know and I'll

GARY WEINSTEIN
March 25, 2009

Page 5

1  rephrase them so that you do understand, or at least
2  we'll get to a meeting point where hopefully we can
3  clarify it. And then lastly, if you need a break at
4  any time, just let me know and we'll take a break,
5  okay?
6        THE WITNESS: Okay.
7        EXAMINATION
8  BY MS. SCHULTZ:
9  Q. Would you state your name for the record, please?
10 A. Gary Weinstein.
11 Q. And where do you live, sir?
12 A. At 27971 Copper Creek Lane in Farmington Hills,
13    Michigan.
14 Q. And how long have you lived at that residence?
15 A. Since '03, September of '03.
16 Q. Does anyone live with you now?
17 A. No.
18 Q. Where did you live before the Copper -- did you say
19    Copper Creek?
20 A. Yes.
21 Q. Where did you live before Copper Creek?
22 A. Also in Farmington Hills, at Red Clover.
23 Q. And how long were you at the Red Clover address?
24 A. I think we were there for five years.
25 Q. And I presume you lived with your family at the time

Page 6

1  of this accident --
2  A.. Yes.
3  Q. -- at the Copper Creek address?
4  A. Yes.
5  Q. Any plans to move from the Copper Creek address?
6  A. No.
7  Q. Do you own any other homes, condominiums, apartments?
8  A. No.
9  Q. Where did you go to undergrad, if at all?
10 A. I'm a gemologist by trade. I went to the Gemological
11    Institute of America out in Santa Monica, California,
12    in '09 -- excuse me, in '89.
13 Q.. '89?
14 A. Excuse me, let me go back one more. It's actually
15    1979.
16 Q. And how long was that program or that course?
17 A. I was in California at the Gem Institute for about a
18    year.
19 Q. Did you live out there?
20 A. Yes.
21 Q. I take it you learned about stones and gems and --
22 A. Yep, and I'm a graduate gemologist.
23 Q. Do you need to do any type of continuing training in
24    that field?
25 A. Not to keep your -- not to keep my certification

Page 7

1  basically, but just to continue to update on gems in
2  the trade..
3  Q. Any other school or education besides gemology school?
4  A. No, just through high school.
5  Q. Where did you go to high school?
6  A. Southfield Lathrup.
7  Q. When did you graduate from high school?
8  A. In 1976.
9  Q. And what's your date of birth?
10 A. 7-23-57.
11 Q. You were obviously married?
12 A. I was.
13 Q. Other than Judy, who we'll talk about a little bit
14    later, had you been married before her?
15 A. No.
16 Q. She was your only --
17 A. Yes.
18 Q. And other than Samuel and Alex, any other children?
19 A. No.
20 Q. Your parents in the area, are they still living?
21 A. No, they are not.
22 Q. I'm sorry, they're not in the area?
23 A. They're not living.
24 Q. And any siblings in the area?
25 A. Yes.

Page 8

1  Q. What are their names?
2  A. I have my sister, Marsha Auflander, is still residing
3     in West Bloomfield, Michigan.
4  Q. Any other sisters or brothers?
5  A. Not in the area.
6  Q. Who are your other siblings?
7  A. I have -- Marsha is my oldest sister. I have a
8     brother, Sheldon Weinstein. I have a sister, Ruth
9     Kleinhuxle. I have a brother, Dave, and he's
10    currently residing in New York, and my recently
11    deceased brother, Ken. He was residing in Lake Tahoe,
12    Nevada.
13 Q. And where does Sheldon live?
14 A. Las Vegas right now.
15 Q. And where does Ruth live?
16 A. Near Grand Rapids, Michigan.
17 Q. And how would you describe your relationship with your
18    siblings?
19 A. Real well. We grew up as a pretty tight family, very
20    loving. We really -- in the past few years have
21    really created a close bond with each other. Of late
22    we've actually been initiating weekly conference calls
23    with the family to get everybody updated with what's
24    going on with each other. It's been quite a useful
25    tool to be in communication. Yeah, very loving, very

GARY WEINSTEIN
March 25, 2009

Page 9

1    supportive.
2    Q.  What about your wife's family; do you maintain contact
3        with them?
4    A.  Yes.
5    Q.  Could you tell me who they are?
6    A.  Yes. She had a brother, Paul. He has a residence in
7        Kalamazoo, Michigan. I believe he's a retired banker.
8        I have -- she had two sisters. One of them is Ellen
9        Portnoy. She lives in the area, in Huntington Woods,
10       and the other sister is Barbara -- Barbara Stutz, and
11       she's currently residing in Franklin Hills, Michigan,
12       also in the area.
13   Q.  And how would you describe your relationships with
14       your wife's siblings?
15   A.  Yes, also very loving, very supportive. I really --
16       not only did I adopt them, they've clearly re-adopted
17       me after the crash. I don't consider them my
18       sisters-in-law or my brother-in-law. I really -- I
19       created a context around the relationship as being my
20       brother and my sisters and it seems to be -- it's a
21       very supportive relationship. I'd go -- I'm with them
22       for Thanksgiving always, try to make it for Mother's
23       Day, you know, try to stay connected with them, too.
24   Q.  When did you meet Judy?
25   A.  In 1984.

Page 10

1    Q.  And how soon after you met were you married?
2    A.  We met April 1st of '84. We were married in May --
3        May 19th of '85.
4    Q.. And how did you meet?
5    A.  I tell the story, we met in a dark bar at a place
6        called Dylan's. It was on Woodward Avenue. They had
7        Oldies Night on Sunday night and it happened to be
8        April 1st and she had some friends who invited her to
9        the bar; music place, if you will, and I had some
10       friends who knew her friends that invited us --
11       invited me that evening also.
12           I remember it clearly. She was sitting
13       just at a table and I was listening to the music near
14       the tables and I recall having a memory of the night
15       before when I had dinner by myself at a local
16       establishment and I was trying to figure out what kind
17       of fish that was and I finally figured it out and I
18       turned to the closest person next to me and I said,
19       "Dover sole." She said, "Pardon me?" over the music,
20       and I assert that I fell instantly in love with her.
21       And we kind of gravitated to the dance floor and we
22       danced the rest of the night away, and before she left
23       that evening she gave me her phone number. She said,
24       "Call me."
25   Q.  And you were married about a year later?

Page 11

1    A.  Yes.
2    Q.  How soon after you were married did you have children?
3    A.  Sam -- excuse me, Alex was our first child. He was
4        born in November of '92, so that's seven years --
5        seven and a half years.
6    Q.  Sounds about right. And what about Samuel?
7    A.  Sam was two and a half years later, July of '95.
8    Q.  Can you describe for me, Gary, your relationship with
9        your wife?
10   A.  I would say we were always in love with each other.
11       She was clearly my best friend and she was also really
12       my coach, literally my coach. She was my business
13       coach. That was her practice as a professional, and,
14       you know, not -- she was able clearly to separate the
15       difference between me being her husband and me being a
16       client, and the way she would be able to do that and
17       support me absolutely in all areas was really
18       breathtaking to have a relationship like that.
19           Certainly there was this degree of love
20       that I have not seen anywhere. It was something we
21       created in our relationship and carried it on to
22       our -- to the sons. We wouldn't depart from each
23       other without giving each other a kiss and telling
24       each other we loved each other, including that last
25       day. Very loving.

Page 12

1    Q.  Did you and your wife ever go through any type of
2        marital counseling?
3    A.  No.
4    Q.  Ever discuss divorce or separation?
5    A.  No. There was at one time, probably after being
6        married for -- I'm going to guess it was 12 years.
7        There was someone who caught her eye and she
8        questioned if she was still in love with me and I
9        think that she may have struggled with the
10       relationship she had -- this was a client, actually, I
11       think I would describe him as, and we talked openly
12       about it. She knew she was still in love with me, yet
13       this guy had -- I guess in hindsight I refer to it as
14       someone was paying more attention to her than I was.
15       I think I was getting wrapped up in my own business
16       and thinking things were handled and forgot what it
17       takes in a relationship, and that was certainly an
18       eye-opener.
19           It probably lasted, as I recall it,
20       probably a couple of months, and at the end of it we
21       actually had the gentleman over and the three of us
22       sat down -- actually, the four of us, because shortly
23       after he created a new relationship with someone else
24       and he brought his new lady friend and we all sat down
25       and had a good conversation about supportive

GARY WEINSTEIN
March 25, 2009

Page 13

1 relationships. And this other gentleman has still
2 been in communication with me. He's married. He's
3 got a couple kids. We have a good relationship.
4 There's something we truly just created for ourselves,
5 even before the crash, knowing that there was some
6 attachment there and relationship there. We kind of
7 adopted him as a good family friend and he still is
8 that.
9 Q. What is this gentleman's name?
10 A. Draniak (sp). Daniel Draniak.
11 Q. Mr. Weinstein, was it your impression or your
12 understanding that -- I can't pronounce his name, Mr.
13 Jeraniak?
14 A. With a D.
15 Q. Draniak and your wife had a relationship beyond -- was
16 it something physical or --
17 A. No, it wasn't physical, wasn't physical. It was
18 more -- I refer to it as an intellectual relationship.
19 She was -- she graduated from law school cum laude,
20 and again, I barely made it out of high school is the
21 way I refer to myself. I think that there was always
22 this, you know -- perhaps I'll call it a need that she
23 might have wanted somebody intellectually to have
24 conversations with and I think she found that in this
25 gentleman, also quite a bright young man at the time,

Page 14

1 and I think that that's what was attractive.
2 Q. So this whole event, I'll call it, lasted maybe a
3 couple months, tops?
4 A. Yeah, that's all I recall.
5 Q. And then you all sat down and resolved your
6 differences?
7 A. Yes.
8 Q. And --
9 A. And she re-committed to me and the family and -- yeah.
10 Q. Other than that, were there any other differences
11 or --
12 A. No.
13 Q. -- discussions of separating or having marital issues?
14 A. No.
15 Q. What about -- I know we talked about your wife. What
16 about with you?
17 A. No. I was so in love with my wife. I -- I was
18 clearly different than so many of my buddies where --
19 I didn't -- I never had roaming eyes. I never -- she
20 was my queen. She referred to herself as the queen.
21 She was just -- she was everything I ever wanted.
22 Q. Were you and your wife -- well, how old was your wife?
23 A. At the time of the crash?
24 Q. That was a bad question. When was your wife born?
25 A. Thank you. June 22nd of '55.

Page 15

1 Q. So she was about two years older than you?
2 A. She was two years older than me.
3 Q. So let's talk about Alex.
4 A. Okay.
5 Q. Alex was born in November, 1992?
6 A. Yes.
7 Q. And where did he go to school?
8 A. His first school, elementary school, he went to --
9 actually that might have been his second school. We
10 actually had him enrolled in the Montessori school
11 when he was four years old. It was evident he was
12 quite bright right away. Sunshine Montessori or
13 something like that, and then on to Leonhard
14 Elementary School, which happened to be back in the
15 same old neighborhood where I went to elementary
16 school. We lived there until he was in the fourth
17 grade. Yes, I think that's accurate. And then we
18 moved to Farmington Hills. That Leonard Elementary
19 School is in Southfield.
20    And then we moved when he was in the fourth
21 grade, I believe it was, to Farmington Hills, where he
22 was at the Kenbrook Elementary School. Then we had
23 him move on to the middle school, which was Dunckel
24 Middle School in Farmington Hills, and that's where he
25 was at the time of the crash. That's where he was

Page 16

1 going to school at the time of the crash. He was in
2 the seventh grade.
3 Q. Can you tell me what type of student Alex was?
4 A. Excellent. Not only was he exceptional in his
5 schooling, I believe that in the year before the crash
6 when he was in the sixth grade he was enrolled in a
7 French class, taking French, and he requested to go on
8 the field trip to France in sixth grade. Judy and I
9 both looked at each other and said, "We never went to
10 France," and the teacher said, "We don't have too many
11 sixth graders who are even interested in going to
12 France." But he was clearly -- he was clearly an
13 entrepreneur.
14    He was clearly somebody with a vision of
15 world peace, and he had this interesting attribute,
16 and I think I knew of it, but certainly after the
17 crash it became even more solidified when so many of
18 the teachers at the school shared with me that even
19 though they didn't have him in their class, he had
20 this characteristic about him where between classes,
21 as he was going from one to the other, he would stop
22 into most of the classrooms and the counselor's office
23 and the principal's office and say good morning or say
24 hello and with a smile, "Have a bright day."
25    One of the stories I like to recall is one

GARY WEINSTEIN
March 25, 2009

Page 17

1   day I picked them up at school, after school, and he
2   was visually sad and I asked what was the matter and
3   he shared with me between the tears that some kids
4   were making fun of him and I asked why would they do
5   that. He didn't have an explanation for it. He said,
6   "All I was doing was going down the hall singing," and
7   they teased him about that. And with the knowledge
8   I'm afraid I have some history of is, you can't make
9   everybody happy. And he was just so committed to --
10  to making people laugh and having a good time.
11  Q.  What were some of the hobbies that he liked to do?
12  A.  He was an actor. He -- whenever there was a family
13      gathering, he would -- if there were other kids
14      around, including his brother, he'd enroll them in
15      little skits. Or at the time there were these shows
16      on TV.. I guess one of them was called Fear Factor or
17      something, where the host would make the contestants
18      do interesting or unusual or dangerous things, even.
19      I remember I think it was New Year's '04-'05 we were
20      together with some of our regular friends and he put
21      on this Fear Factor show, and I remember he smeared
22      some -- what's the stuff with the sushi, the green --
23              MR. GUERRA: Moussaka?
24  MS. SCHULTZ:
25  Q.  Moussaka?

Page 18

1   A.  He smeared a bunch of the moussaka on a piece of toast
2       or something and fed it to his little brother and --
3   Q.  He was doing his own Fear Factor show?
4   A.  Right, right, right, with three or four kids lined up
5       at the table and he was giving them all. Usually it
6       was a little more benign than that, just maybe a skit.
7       And he'd write his own skit. I taught him early,
8       having some theater background myself, that you need
9       to have a beginning, a middle and end to any
10      performance and the way he took that and he taught it
11      to the other kids and -- yeah, he was quite a
12      performer.
13              One of the other hobbies -- as I say, an
14      entrepreneur, I referred to him as. There was an
15      experience where he came to me after we moved into
16      this latest house on Copper Creek and he came to me
17      and he says, "Dad, the ice cream truck never seems to
18      come down our block." And I explained to him the
19      world of economics and said, "Well, in this
20      neighborhood compared to our old neighborhood there
21      are not as many homes. They're further apart.. The
22      lots are bigger and the ice cream truck prefers
23      smaller neighborhoods with smaller houses so they can
24      go by more of them."
25              And then he says, "Well, then, I want to

Page 19

1   start my own ice cream vending company." I said okay..
2   He said, "Can we go to the store and buy some ice
3   cream?" and I had to go slow him down and tell him we
4   can't just go to Kroger's or the grocery store and buy
5   ice cream. "Your profit margin won't be any good."
6   And you could see the wheels turning, and he said,
7   "All right. Then let's go to Wal-Mart." I said,
8   "That's better, but let me tell you about the ice
9   cream wholesaler." And he says -- you could see his
10  eyes light up.
11          And we looked in the phone book and we went
12  and found Pars Ice Cream wholesalers and I took my
13  business license so they would sell it to me wholesale
14  and we took -- I took Alex and I took Sam and we went
15  down there, and they've got this full list of all the
16  kinds of ice cream and ice cream bars that they wanted
17  to buy. And we must have bought, I don't know, 150,
18  180 pieces of ice cream, you know. They come in boxes
19  of a dozen or two dozen. They paid for it with their
20  own allowance that they kept saving.
21          Sam was partners in the venture. We had a
22  big -- extra freezer that we put it all in and when we
23  got home they created a little business. They put it
24  in the ice chest. They put the ice chest on the wagon
25  and they started pulling it down the street. He came

Page 20

1   up with the idea of going online and pulling up the
2   music that the ice cream truck plays and put that --
3   recorded it on the cassette tape and Sam would carry
4   the recorder with the music turned up as loud as he
5   could and Alex would pull the cart and they went down
6   the street and they sold ice cream.
7           Unfortunately by the time they got to the
8   end of the street -- it was a warm day and when they
9   sold it at the end of the street it was already
10  partially melted so they had to rush back home and
11  take fresh stuff out of the freezer and then go and
12  deliver it and they had a little loss that first day.
13  We actually kept eating ice cream -- we ate ice cream
14  for the next three months, right on through winter.
15  We started it in late August and school was starting
16  soon and it was a short selling season.
17  Q.  Mr. Weinstein, what type of grades did Alex get in
18      school?
19  A.  Yeah, all As, maybe a couple Bs, but I think -- I have
20      the report cards still. They were both -- Sam was
21      a -- Alex's were exceptional. Both were exceptional
22      students, great readers, real good at math, real
23      interested in science, yeah.
24  Q.  Did Alex ever mention what he wanted to be when he
25      grew up?

GARY WEINSTEIN
March 25, 2009

Page 21

1  A.  I think he was looking to be an actor, a performer,
2      making people happy. Clearly he had this business
3      sense. He was quite interested in being a chef. He
4      was a regular watcher of the Food Channel at ten, 11,
5      12 years old. We were promising that we'd try and get
6      him a position at one of the local restaurants as an
7      apprentice.
8  Q.  I'd like to talk about Samuel.
9  A.  Yep.
10 Q.  Can you tell me where he went to school?
11 A.  We also had him at a young age enrolled in a
12     Montessori program. Farmington Hills Montessori I
13     believe is the name of the place where we actually had
14     him at.
15 Q.  Is Montessori a preschool?
16 A.  Yes. And then on to -- I think he started right in
17     kindergarten at the Kenbrook Elementary School. He
18     might have been in kindergarten at Leonhard, but
19     early -- he was at Kenbrook for -- it seems like
20     kindergarten through third grade, and then in fourth
21     grade when we actually moved to -- he was in the
22     fourth grade when we moved to the Copper Creek address
23     and then he was enrolled in a different elementary
24     school, Hillside. Hillside Elementary School is where
25     he was going to school at. He was in the fourth grade

Page 22

1      at the time of the crash.
2  Q.  And can you tell me how Samuel's performance was in
3      school?
4  A.  His performance?
5  Q.  Grades and things like that.
6  A.  Yeah. He was an exceptional student also. One of my
7      most vivid memories is in first, second -- first and
8      second grade when there was book time in the class.
9      The teacher used to tell the story that she used to
10     have Sam read to the class. He was one of the real
11     early readers and she could sit back and let him -- or
12     almost lead the class with -- at reading time. Yeah,
13     very -- also very bright student. I think he found
14     school very -- came very easy to him.
15 Q.  What type of hobbies did Sam --
16 A.  He was the athlete. He enjoyed football, hockey,
17     rollerblading hockey, basketball. He was for a couple
18     of seasons on a, you know, peewee basketball team.
19     Quite a shooter, too.. He enjoyed golf.
20         He also did -- when his older brother was
21     in some of the community plays, the theater, he wanted
22     to be with his brother so much he actually did a
23     couple performances at the community theater with his
24     brother, playing, you know, maybe a little smaller
25     role, but at least they could be together.

Page 23

1  Q.  And did Sam ever say what he wanted to do when he grew
2      up?
3  A.  Yep, very clearly. He was going to be a running back
4      for the Detroit Lions and then when he got -- he was
5      going to go to Michigan State, be a star football
6      player, be a running back for the Detroit Lions and
7      then he was going to come and work at the jewelry
8      store, be a jeweler.
9  Q.  With you?
10 A.  Yes.
11 Q.  Mr. Weinstein, I have a list of some of the medical
12     providers for Alex and Sam and I just kind of want to
13     ask you what their role is.
14 A.  Sure.
15 Q.  We'll start with Alex. There's Dr. Murphy. That
16     looks like their dentist?
17 A.  Yes.
18 Q.  Dr. Eric Mintz?
19 A.  Yes. He's the family chiropractor. I want to preface
20     who he is by the type of chiro practice that he does,
21     which is quite unusual. He does something called
22     network spinal analysis. It's not a manipulation of
23     the spine or of the body. It's more of a gentle
24     touching along the spine and the nervous system. The
25     concept is that it opens up lines of communication

Page 24

1      between your spine and your brain so that the body can
2      basically heal itself.
3         We -- Judy and I were involved in this
4      practice and the doctor -- Dr. Mintz does do work on a
5      number of young people and we found it to be
6      beneficial for ourselves, and the children found they
7      had increased balance and sense of awareness of their
8      body after having been in this practice.
9  Q.  And how long would the session usually last?
10 A.  I think that they are -- they were 15, 20-minute
11     sessions. Maybe once a week Judy would go and the
12     boys might be with her and the doctor would treat them
13     all.
14 Q.  So I mean, is it fair to say the kids would go to Dr.
15     Mintz once a week, once a month?
16 A.  I would say maybe it's twice a month for probably a
17     couple of years, each of them.
18 Q.  Were they going to Dr. Mintz in 2005?
19 A.  Yes, I believe that he did see them in '05.
20 Q.  Do you see Dr. Mintz, too?
21 A.  Yes.
22 Q.  Do you still see Dr. Mintz?
23 A.  Yes.
24 Q.  And is it the same deal, 15- to 20-minute session?
25 A.  Yes.

GARY WEINSTEIN
March 25, 2009

Page 25

1  Q.  So other than -- is this like a holistic medicine type
2       of deal?
3  A.  I might refer to it like that. I don't know if he
4       necessarily does, but clearly it's a -- as I saw it,
5       it was an alternative to taking medication. The
6       doctor is not a big medication kind of guy and I think
7       that -- like I say, I think the concept was very well
8       coming to Judy and I as a -- we always felt that our
9       bodies could heal themselves and if we could just keep
10      it functioning properly, that that would be a good
11      tool to do that.
12  Q.  Okay. So when did you start -- or when did the family
13      start seeing Dr. Mintz?
14  A.  I know my personal experience was -- I think it must
15      have been Sam's -- I'm going to guess his his fifth
16      or sixth birthday. It was a skating party at the
17      rollerblading/skateboard place, the Vans Skateboard.
18      And I used to be good on a skateboard. I fell that
19      day and injured my shoulder.
20            I tried putting ice and heat on it for
21      three days and I was -- it was still inoperable. Judy
22      had been seeing the doctor at this time, so I'm
23      thinking this must have been around year 2000, maybe
24      2001, and she suggested I go see him.
25            After a couple visits, I had a complete

Page 26

1       turnaround in my condition. My shoulder, my arm was
2       clearly functional again. I was able to resume
3       regular activities, including my golf, which is my
4       hobby. Working at my workbench at the jewelry store
5       was no longer hampered, and I continued to see him for
6       treatments myself for that first -- probably four
7       eight months or so. I discontinued going to him after
8       that, just thinking, you know, maybe I can save a
9       little money by not seeing him.
10            I think at this time the boys had been
11      going already also, so I want to say they may not have
12      been seeing him any earlier than their fifth or sixth
13      birthdays. I don't have any recollection that they
14      were being seen by him any earlier than that. She --
15      Judy may have taken the boys there earlier, but I
16      don't think I have any recollection.
17            Again, my recollection about me is that
18      that was the first time I saw him, and I've stopped on
19      and off, but clearly I keep coming back to him to get
20      tuned up or adjusted, if you will. I enjoy -- my
21      balance is better while seeing him, my frame of mind,
22      my -- I feel healthier, I guess, is a good way for me
23      to describe what he provides for me, and I think the
24      boys had that same sensation. We gave them free rein
25      if they wanted to go or not go or have the treatment

Page 27

1       or not, and they always chose to go and see him, so...
2  Q.  All right. Dr. Lakshmi --
3  A.  Yeah, Dr. Lakshmi Kaza was their pediatrician for both
4       of them for as long as I believe they -- she was -- I
5       don't know if she was the doctor who delivered them,
6       but certainly early on in childhood she was their
7       doctor up until the time of the crash.
8  Q.  And Dr. Jusino?
9  A.  Jusino was the orthodontist. Alex had braces and Sam
10      was just starting with Dr. Jusino. I think he already
11      had his also -- or his first set. That is the doctor
12      who they were on the way to see the day of the crash.
13  Q.  And under Sam I have Botsford Hospital written down.
14  A.  Right. There was an incident. I want to say it was
15      in '03 -- probably in '03, where I had taken the boys
16      out to the golf course and there was an accident where
17      Sam basically fell off of the golf cart that we were
18      riding in. It hit a bump and he took a tumble over
19      the side and had a little road rash on the side of his
20      head, and that was the only time I knew he had any
21      medical treatment.
22            We took him into the hospital. They just
23      cleaned him up, bandaged him and sent him home. No
24      recurring incident. He was fine, just -- that was the
25      only experience I recall of either of them being in a

Page 28

1       hospital or other treatment.
2  Q.  That was kind of my next question for Alex and Sam.
3       Did they have any medical conditions or
4       hospitalizations --
5  A.  No.
6  Q.  -- or anything significant?
7  A.  No, both very healthy.
8  Q.  No diseases?
9  A.  Huh-huh.
10  Q.  For Judy I have Dr. Reid Kavieff. Who is that?
11  A.  When the question was asked about the doctors that
12      Judy had, admittedly I didn't pay a lot of attention
13      to which doctors she was seeing and which doctors she
14      wasn't seeing. When the question was posed to me,
15      though, I went to my bank register, basically, and
16      some old papers, medical records. Nothing
17      significant. I'm not real sure who those doctors
18      really are. I just see that she saw them
19      infrequently. I think a couple of the names you have
20      there I really don't know who they are. I just saw
21      that there was some small payment and there was
22      nothing ongoing to any of them.
23            I know that she was -- she was always
24      interested in holistic medication. She was always
25      being vigilant about taking good care of herself and

GARY WEINSTEIN
March 25, 2009

Page 29

1  cleaning -- keeping her system clean and eating well.
2  I know that in that realm she would -- at the time of
3  going through her life-changing of her body, she was
4  doing everything she could to avoid the mood swings
5  and trying to change her diet and checking out
6  different doctors so that she could facilitate her
7  health in the best way.
8           And so the names I gave you there, I really
9  don't know who they are. For the most part you can
10 ask the other names, but that name I really don't know
11 who it is.
12 Q. Let me ask you this way: Are you aware of any medical
13 condition that Judy had that she was obtaining regular
14 medical treatment?
15 A. No.
16 Q. No diseases or ailment that she was treating?
17 A. No.
18 Q. Was she seeing a psychologist or a psychiatrist, to
19 your knowledge?
20 A. No.
21 Q. What about the two boys?
22 A. No.
23 Q. I want to talk about you now. We've talked about Dr.
24 Mintz. I'm assuming Dr. Murphy is your dentist as
25 well?

Page 30

1  A. Yes.
2  Q. Dr. Schiff and Dr. Ziv?
3  A. Yes.
4  Q. Those are both psychological --
5  A. Yes. It was suggested that I seek some counseling
6  after the crash. My first doctor I saw was Dr. Schiff
7  of Birmingham, Michigan. I met with her -- maybe it
8  was a half a dozen times over a period of four to six
9  months. They were sessions of just, you know, making
10 sure, as I saw it, that I was well, that I was -- you
11 know, that I could be counted on not to be, I don't
12 know -- being willing -- I considered it an
13 opportunity to make sure that I was taking good care
14 of myself, making sure that if there was anything to
15 be said that I had a professional there to hear.
16          I found Dr. Schiff to be a little
17 impersonal in her technique and I found another
18 doctor, Dr. Ziv, Talia Ziv, who knew Judy. She knew
19 the boys, so it was clearly a bit more of a personal
20 relationship and it was a little bit more rewarding
21 and satisfying. And also, again, it was a real good
22 practice for me to, again, stay in touch with what I
23 was trying to live through.
24 Q. Let me ask you a couple questions. One, who suggested
25 that you see Dr. Schiff?

Page 31

1  A. My attorney, Barry Lakritz.
2  Q. And when was that recommendation made?
3  A. Shortly after the crash, probably in June of '05.
4  Q. So the recommendation to Dr. Schiff wasn't made by
5  your primary care physician --
6  A. No.
7  Q. -- or some other doctor you were seeing?
8  A. No.
9  Q. Then you went to see Dr. Schiff six times or so and it
10 sounds like you were unsatisfied with the type of --
11 her techniques that she used?
12 A. Yes.
13 Q. And did you see her -- you said four to six months.
14 Was that in 2005?
15 A. Yes.
16 Q. Was Dr. Schiff able to prescribe medications?
17 A. Was she able to? She may have been able to. I did
18 not -- she did not prescribe any medication to me.
19 Q. Did you ask for any type of medication?
20 A. No.
21 Q. Do you know if Dr. Schiff ever diagnosed you with any
22 clinical depression or some psychological --
23 A. I don't believe she did. I don't know of any.
24 Q. So then when did you go to Dr. Ziv?
25 A. After I discontinued with Barbara Schiff. It was

Page 32

1  probably -- oh, I'm going to guess it was -- I don't
2  know the date. I would say it was probably a month or
3  two after that, and saw Dr. -- saw Talia Ziv for
4  probably six months after that, on and off -- maybe
5  six to eight months, spanning out a little longer
6  period of time into '06. I think I discontinued
7  seeing her in '06, maybe early '07.
8  Q. So you left Schiff, you went to Ziv. You saw her for
9  about six to eight months --
10 A. Yep.
11 Q. -- which may have went into 2006 sometime?
12 A. Yes.
13 Q. And for those six to eight months that you saw Ziv,
14 how often would you see her?
15 A. Once a month.
16 Q. Was that an hour session?
17 A. Yes.
18 Q. Fifty minutes?
19 A. Yes.
20 Q. And how is it that you knew to go to Dr. Ziv?
21 A. I think that -- I don't recall. I think I knew of her
22 as being, like I say, a friend of Judy's and a friend
23 of the family's. We have some mutual acquaintances.
24 I think maybe sharing with some of my friends, they
25 told me about the practice that she has and I called

GARY WEINSTEIN
March 25, 2009

Page 33

1     her.
2  Q.  This wasn't a recommendation by Mr. Lakritz?
3  A.  No.
4  Q.  And why did you discontinue seeing Dr. Ziv?
5  A.  I found myself to be getting support that I needed in
6     a friend in my family and my friends such that I
7     didn't think I needed to continue with a professional.
8  Q.  After discontinuing your treatment with Dr. Ziv, have
9     you sought any other professional medical treatment or
10    psychological treatment?
11 A.  No.
12 Q.  As far as you know, have you ever been clinically
13    diagnosed with depression?
14 A.  No.
15 Q.  Mr. Weinstein, I've obtained Dr. Ziv's medical records
16    and she has handwriting that's kind of hard to
17    decipher, so I haven't been able to interpret all of
18    it and I'm not going to ask you to do that, but I do
19    see a reference to an Eileen?
20 A.  Yes.
21 Q.  Who is Eileen?
22 A.  Eileen is an old family acquaintance.  I knew her in
23    high school.  She actually didn't go to my high
24    school.  She actually -- at the time when I was in
25    high school she lived in New York.  She was my high

Page 34

1     school prom date.  We were -- we had a long distance
2     relationship in 1976 through 1978 when I was 18
3     through 20, and she lived in New York and we pretty
4     much lost touch with each other after the year of
5     1978.  I think I knew that she had gotten married.  I
6     knew her father because I obviously had met him over
7     those years as a teenager and I kind of just lost
8     touch with her, but she is -- she's a good friend now,
9     very comforting.  Again, an old family friend that
10    really helps me cope with what I'm trying to get
11    through.
12 Q.  Any romantic relationship with Eileen?
13 A.  Yes.  It's been evolving slowly.  There is certainly
14    some romantic, close, intimate relationships with her
15    over the last three years.
16 Q.  Does she live in the area?
17 A.  No.
18 Q.  Where does --
19 A.  She's currently residing in Las Vegas, Nevada.
20 Q.  I'm getting sidetracked here, but other than having a
21    romantic relationship with Eileen, is there any other
22    female that you've been involved with in a romantic
23    way?
24 A.  No.
25     MR. GUERRA:  When we get to a place for a

Page 35

1     five-minute break, I'd appreciate it.
2     MS. SCHULTZ:  We can take a break now.
3     (Off the record at 9:55 a.m.)
4     (Back on the record at 10:00 a.m.)
5  BY MS. SCHULTZ:
6  Q.  Mr. Weinstein, I was asking you about Dr. Hershel
7     Sandberg.  Can you tell me who that is?
8  A.  That's my -- that's my personal physician.
9  Q.  Have you had any treatment with Dr. Sandberg, anything
10    related to this accident?
11 A.  None.
12 Q.  What about Dr. Mayo?
13 A.  Dr. Mayo?
14 Q.  David Mayo.
15 A.  I don't recall.
16 Q.  You don't remember any treatment with him or anything?
17 A.  No.
18 Q.  Dr. Nate Kleinfeldt?
19 A.  Oh, Kleinfeldt is my eye doctor currently.
20 Q.  Dr. Michael Gray?  I've heard the commercials.
21 A.  Right.  He's a -- I think he's a plastic surgeon.
22    There was some fatty tissue lump on my inner thigh I
23    had removed last year.
24 Q.  And that's it?
25 A.  Yeah.

Page 36

1  Q.  No botox or --
2  A.  No.
3  Q.  What kind of hobbies do you do now?
4  A.  Golf.
5  Q.  Good golfer?
6  A.  Good golfer, single-digit handicap.
7  Q.  And how often, I guess -- yeah, how often do you golf?
8  A.  I try to play two to three times a week if I can;
9     otherwise, I practice every day.
10 Q.  I know in Michigan two or three times a week is kind
11    of hard, so do you go places to play?
12 A.  I have been traveling, yes.
13 Q.  And have you been -- how long have you been doing
14    that?
15 A.  I've been doing -- I did it before the crash and
16    probably a little less frequently the game, but even
17    still, even before the crash it was certainly Sundays
18    and I would try to play -- at one time I was the
19    president of the Jewelers Golf League, so -- I always
20    tried to get other jewelers out and play, so that
21    would be once during the week and I'd always try to
22    play twice a week even before the crash..
23 Q.  What about after?
24 A.  Like I say, I probably elevated my game and I've been
25    playing, like I say, probably three or four times a

GARY WEINSTEIN
March 25, 2009

Page 37

1    week.
2    Q.  And where do you go in the winter months when you
3        can't play here?
4    A.  I do go to Florida. I've got some family in Florida,
5        Fort Lauderdale area. I have my uncle and my brother
6        out in Las Vegas and I go out there periodically. I
7        have done some traveling with -- there has been a
8        couple of groups, either my buddies or other golf tour
9        groups basically that have gone to different places
10       around the country and I've gone to a couple of those.
11   Q.  And what about in Michigan; is there a particular
12       course that you play?
13   A.  I'm a member at Oakland University Club --
14   Q.  Is that Meadowbrook?
15   A.  -- in Rochester Hills.
16   Q.  Is that the Meadowbrook --
17   A.  It is the Meadowbrook Club. I'll make the
18       distinction. There's a club called Meadowbrook.
19       That's not this. This is at Meadowbrook Hall, so a
20       lot of people do refer to it as the Meadowbrook
21       course.
22   Q.  There's a Meadowbrook Country Club and then there's
23       the Oakland U course at Meadowbrook?
24   A.  Yes.
25   Q.  I got it. Anywhere else that you play regularly?

Page 38

1    A.  I do play a lot of the public courses. I've got a few
2        buddies that belong to other country clubs, one who
3        belongs to Meadowbrook Country Club, one who belongs
4        to Orchard Lake Country Club, one that belongs to
5        Prestwick Country Club. Periodically we go to each
6        other's places and there's a lot of nice public
7        courses around, too.
8    Q.  Other than golf, what else do you do nowadays to --
9    A.  I stay fit. I have a fitness coach that I've been
10       seeing since the summer of '05 to keep myself in good
11       physical condition. I see my fitness coach twice a
12       week when I'm in town. We have an hour and a half
13       session when I see him. He's a kickboxing coach by
14       trade, so I'm doing a bit of boxing and kicking, a lot
15       of sit-ups, a lot of cardiovascular.
16   Q.  Anything else?
17   A.  Other hobbies? No.
18   Q.  What about temple?
19   A.  I still participate and frequent our family temple,
20       the Birmingham Temple in Farmington, Michigan. When
21       I'm in town, I make it to Friday night services
22       whenever I can and certainly the high holidays. I'm
23       in -- I'm in somewhat frequent communication with the
24       rabbi. She often just checks in with me. This is
25       Rabbi Colton, Tamara Colton. She likes to check in

Page 39

1    with me periodically to make sure that I'm doing well
2    and I think she finds some benefit for herself in it,
3    too, being in communication with me.
4    Q.  Mr. Weinstein, are you involved in any type of -- I
5        was handed this morning this document which I'll mark
6        as Exhibit 66.
7            MARKED FOR IDENTIFICATION:
8            DEPOSITION EXHIBIT 66
9            10:06 a.m.
10   BY MS. SCHULTZ:
11   Q.  Why did you prepare that document?
12   A.  This is a page of the book that I was using as
13       journaling in December and January of '05-'06. I had
14       seen a doctor who had treated me. I think I gave his
15       number yesterday when I presented this document for
16       the first time, this journal, if you will, for the
17       first time. This is Dr. Barry -- we refer to him as
18       Dr. M. I saw him once in December of '05. He did a
19       treatment on me that was roughly referred to as an
20       ancient Chinese energy procedure, and part of the
21       process after the procedure -- and it was maybe a
22       one-hour procedure. One of the processes which was
23       requested of me was to do some journaling of insights
24       and observations, if I notice anything different in
25       myself or my environment, and this journal represents

Page 40

1    those notes.
2    Q.  So you prepared Exhibit 66 after Dr. M did the Chinese
3        energy procedure?
4    A.  Yes.
5    Q.  And do you have any other notes besides what's
6        contained in this document?
7    A.  No.
8    Q.  And these were prepared in 2005 -- late 2005?
9    A.  Yes.
10   Q.  And where did Dr. M do the procedure?
11   A.  This is in Los Angeles.
12   Q.  Is it in a doctor's office or was it at some type of
13       seminar?
14   A.  No, it was actually in a doctor's office. I think his
15       card actually identifies him as a gastroenterologist,
16       but this is clearly something that was outside of what
17       he normally does.
18   Q.  And how did you hear about this?
19   A.  I have a network of friends that -- I refer to them as
20       a community of transformed -- living transformed
21       lives, a community of people who I know that -- that's
22       the best way I can describe them. We all have had a
23       similar experience. We've all gone through a
24       workshop, these friends of mine, called Landmark
25       Education, which is an educational corporation -- an

GARY WEINSTEIN
March 25, 2009

Page 41

1  international educational corporation that works with
2  people in a seminar setting to have insights and
3  breakthroughs in who they are and what it is that
4  they're up to in life.
5       Through that network, I found out about Dr.
6  M and I was referred to him to retrieve and recover
7  myself and my energy that was possibly or -- you know,
8  possibly lost through such a devastating loss as I
9  went through.
10  Q.  And what is the Chinese energy procedure?
11  A.  What is it?  Interestingly, in the past when anybody
12  has asked me this question, I've -- I haven't shared
13  about it.  The concept that was presented to me at the
14  time of the procedure is it is an experiential
15  procedure.  The procedure itself, going through it and
16  the experience that I got out of doing the process,
17  was one -- as I say, was one of a unique experience.
18  The concept that was presented to me at the time of
19  the procedure was that if you go and you try to
20  explain what was done, it kind of puts the procedure
21  into a doing as opposed to an experience.  So let me
22  preface my answer with I've never shared with anybody
23  what the procedure actually is.  I was requested not
24  to -- suggested not to by the doctor.
25       I laid on my back.  The doctor asked me

Page 42

1  questions of my past, and with some type of -- I want
2  to refer to them as suction cups.  I never actually
3  saw them.  I was on -- excuse me, I wasn't on my back.
4  I was laying on my stomach with my back up for the
5  procedure -- for the entire procedure, with my shirt
6  off.  And these types of suction cups is the best way
7  I can describe what I thought they were, were applied
8  to my back individually and then pulled off at
9  apparently strategic moments during his questions that
10  he was giving me.
11       Mainly they were questions about my past
12  and even questions about the crash, about my memories
13  of the boys, about my memories of Judy.  They were
14  almost questions of memories that I might have been
15  holding onto, like if they were good memories or bad
16  memories or if I made myself right about what had
17  occurred or wrong for what occurred.
18       And there was some physical sensation that
19  went along with the suction cups being applied and
20  taken off such that when the procedure was over and
21  the questions were done being asked, there was clearly
22  this -- the best I could describe it as an awakening,
23  a renewed energy.  Yeah, I would definitely call it
24  some type of breakthrough in knowing myself.
25  Q.  Did it help?

Page 43

1  A.  I would say it helped.
2  Q.  Have you made any additional appointments with Dr. M
3    to --
4  A.  No.
5  Q.  How much does something like that cost?
6  A.  That was a procedure that cost $1500.
7  Q.  And how long does it last?
8  A..  The process -- the procedure lasts, like I say, I
9    think it was an hour -- hour, hour and a half.
10  Q.  Interesting.  Are you a member of any advocate groups
11    or do you give seminars?
12  A.  I have done some public speaking.
13  Q.  And when I ask about -- I mean, you know, as a result
14    of this accident that you started doing things like
15    public speaking?
16  A.  Right.  That's what I'm referring to.
17  Q.  Can you tell me about it?
18  A.  The couple public opportunities that I have had to
19    speak in public, not just at the temple where I've
20    been invited to speak to the congregation a couple
21    times on -- either on the Sabbath or even there's a
22    traditional memorial service at the period of the high
23    holidays in my faith where the rabbi had asked me to
24    speak to the congregation.
25       The other was a group of high school kids

Page 44

1  in the community from a handful of different high
2  schools got together on the topic of making the right
3  choices in life.  Those speaking engagements were
4  mainly in '06, yeah.  Those are the two that I
5  remember clearly.  Yeah, those are my speaking
6  engagements.
7  Q.  Are you on Facebook or MySpace or anything like that?
8  A.  No, I don't have anything posted.  I had a number of
9    people request me to be their friends on Facebook, so
10   I have -- I don't really have a page.  I have my name
11   there and --
12  Q.  Did you ignore them?
13  A.  No.  I'm one to say if I know you, you can be my
14    friend.
15  Q.  Mr. Weinstein, did Judy play golf?
16  A.  Infrequently.
17  Q.  Or did she try to play golf?
18  A.  Yeah.  I remember one year when we were still living
19    in the -- in one of our early homes before the kids
20    were born, I believe it was, I would go off and I
21    would play at the local course early in the morning
22    before I would go into work.  And they had a frequent
23    player program where you'd get points by how much you
24    play, and if you get enough points you can get things
25    out of the pro shop.  I earned enough points to get

GARY WEINSTEIN
March 25, 2009

Page 45

1   her a set of golf clubs so she had her own set of
2   clubs.
3        We would often have -- infrequently, maybe
4   once or twice a year, have family golf outings. We
5   had family golf reunions, if you will, when my parents
6   were still alive, and that would be a time for her to
7   come out and play in kind of a team format, so she
8   played a little infrequently.
9   Q.  Let's talk a little bit about your jewelry business.
10  A.  Thank you.
11  Q.  Are you still operating that business?
12  A.  Yes.  I have two jewelry shops presently, one in Novi,
13      Michigan, one in Farmington Hills.  I am the president
14      of the corporation of the one.  I am the -- the other
15      one is not a corporation.  The other one I think is an
16      LLC.  That doesn't make me the president, that makes
17      me -- I don't know, whatever it makes me.  I'm the
18      owner of both of these businesses.  They are running
19      as separate businesses and I do have both -- both of
20      these locations doing business daily.
21  Q.  Is the name of both of them in Novi and Farmington
22      Hills the same?
23  A.  No.  One is the -- the main store, as I refer to it,
24      or the signature store in Novi, is called Weinstein
25      Jewelers of Novi, and the one in Farmington Hills I

Page 46

1   refer to it and it's called by name Weinstein Jewelers
2   and Loans.
3   Q.  Can you give me kind of a history how they came into
4       being and then your role with each store?
5   A..  Sure.  I'm a -- I refer to myself as a third-
6       generation jeweler.  My grandfather used to work with
7       my father in the family jewelry business in the '50s
8       and '60s.  In the '70s when I was able to get to the
9       store by myself, I was employed at my father's jewelry
10      store working as a salesperson and a jeweler.
11           My father, I guess, retired in the early
12      1980s, it seems like, and I went out on my own and
13      created a little business on my own.  I saw there was
14      a niche that wasn't being taken care of, kind of a
15      door-to-door or a business-to-business jeweler of
16      trade.  The idea actually was to put my jewelry shop
17      in a van, drive it to your place of business and do
18      the work outside your business, bring your merchandise
19      back to you at the end of the day, but it would all go
20      right there at your place of business and it was going
21      to be called Weinstein's On Wheels.
22           It was hard to get the van insured by
23      anybody other than Lloyds of London.  They didn't like
24      the idea of a mobile jewelry store, I guess, so I
25      ended up looking at and opening a business, designing

Page 47

1   a location in Novi.  This would be in 1987 and I
2   called it Weinstein Jewelers of Novi.
3   Q.  All right.  Were you the sole employee?
4   A.  At the time I was the sole employee.  I think I hired
5       a manager right out of the box that might help me with
6       books and sales and that person stayed with me for a
7       couple of years.  And then I hired another jeweler and
8       I worked the front and did the books a little bit and
9       then I hired another bookkeeper.  But for 20 years,
10      basically until the day of the crash, I -- in '05 I
11      pretty much worked -- that would be 18 years I worked
12      the store every day.  Again, a jeweler by trade,
13      gemologist, did appraisals, did custom designs for
14      clients, sales.  At the time of the crash --
15  Q.  Let me ask you something.  Before the crash, was it
16      kind of a nine-to-five job for you to go to the store
17      and work?
18  A.  Yep.
19  Q.  Monday through Friday, Monday through Saturday?
20  A.  It was really a Monday through Saturday.  Again, I
21      would try to take a day or a half-day if I could to
22      either play golf or just, you know, do business
23      outside of the shop hours.
24  Q.  And if you took a day off at the Novi store before the
25      crash, would you basically close down the store for

Page 48

1   the afternoon or --
2   A.  There was a period of time where we did close one day
3       a week, either being Monday or Wednesday, and that's
4       when I would do it.  When I got enough help that they
5       were able to hold the store open on their own, then I
6       would just leave the store and let them run it.
7   Q.  Did Judy ever work at the Novi store?
8   A.  No.
9   Q.  Did she contribute to the business at the Novi store?
10  A.  Not as an employee, only as a business coach.
11  Q.  Well, what do you mean by that?
12  A.  Well, she -- that was her profession by trade.  She
13      was a -- she had other clients where she would go in
14      and give them business coaching, basically what we
15      refer to as soft skills:  How to work with others, how
16      to set goals, how to motivate yourself and your team.
17      Not so much that she knew about jewelry, but she knew
18      about people and she knew about habits of people.
19  Q.  How often would she coach you?
20  A.  I think she was -- I think I had her coming into the
21      shop twice a month.  I don't think it was weekly.  I
22      think it was every other week she would come in and
23      meet with me and the staff and I think that occurred
24      for probably the last two or three years before the
25      crash, '03, '04, that I had her actually as my coach.

GARY WEINSTEIN
March 25, 2009

Page 49

1  Q. And did you pay her for her services?
2  A. We did pay -- the firm that she had developed, she had
3     a partner in that firm. They called it -- well,
4     actually she was hired by a company that I hired that
5     company, and then she -- that was called VSA, Valenti,
6     Smith & Associates. They were based out of New York.
7     She went to work for them -- I don't have the date --
8     probably '01, '02, something like that -- actually it
9     may be a little earlier. And I hired that company for
10    her to come in and then she left them and opened up
11    her own practice and I kept her on at that time.
12 Q. And how much would you pay her, or originally the
13    company, VSA?
14 A. The number of -- yeah, I don't remember. I don't
15    remember.
16 Q. Are we talking more or less than a thousand dollars
17    for her to come in and do this?
18 A. I'd actually think maybe -- maybe it was $800 a month.
19    I'm --
20 Q. You're not sure?
21 A. I'm not sure.
22 Q. Is it fair to say it's less than a thousand dollars?
23 A. Yes, yes.
24 Q. Somewhere less than a thousand?
25 A. Yes, yes.

Page 50

1  Q. And when she would come in the two times a month or
2     so, how long would she be there?
3  A. Usually -- sometimes we had two-hour sessions. I
4     think mainly we had one-hour sessions.
5  Q. And then would VSA or Judy's company submit an invoice
6     to the jewelry store and then you would pay it?
7  A. Right, right.
8  Q. And are there records of this from Weinstein's that
9     you maintain?
10 A. Yes.
11 Q. Would you mind looking for those and providing it to
12    Mr. Guerra?
13 A. Not at all.
14 Q. So that's the Novi store --
15 A. Yep.
16 Q. -- pre-crash. Now, what about post-crash? And when I
17    ask that, I mean how often are you there? What do you
18    do? Is it nine to five --
19 A. Yep.
20 Q. -- Monday through Saturday?
21 A. I left the store on May the 3rd in '05 when I got the
22    call from the hospital that there had been a crash and
23    my son was at the hospital, and for the most part, I
24    really haven't been working day-to-day since that day.
25    I have gone in periodically -- well, certainly I

Page 51

1     continued meeting with my staff, really once a week in
2     '05-'06 and whenever I was in town in '07.
3     Once-a-week regular meetings with the staff,
4     conference calls, so I was still part of the team, as
5     I referred to us, but I wasn't any longer meeting with
6     clients or doing jewelry work. I haven't done that
7     since the day of the crash.
8  Q. The Novi location, is that the store you're the
9     president of --
10 A. Yes.
11 Q. -- or is that the --
12 A. No, that's where I'm the president.
13 Q. And is there a full -- is there a staff at the Novi
14    store that runs the store?
15 A. Yes. There are three full-time and one part-time
16    person there.
17 Q. Of the people who are there now, are any of them
18    certified jewelers?
19 A. Certified jewelers? No. The term "certified jeweler"
20    is not one that I have. I have what I refer to as a
21    master jeweler on the workbench. He's been with me
22    some 18 years now. He's -- you know, he's as close to
23    being certified as there might be. He can do the
24    whole process from design to finish and he was with
25    me -- again, prior to the crash we worked hand-in-hand

Page 52

1     and he's still with me.
2  Q. Okay. So in any given week, would you be there one
3     day a week, a couple hours a week?
4  A. Couple hours; again, meeting with the staff,
5     periodically accepting opportunities to meet with a
6     client, but I found it to be difficult to be at the
7     store meeting with clients, talking about things that
8     didn't seem to interest me anymore.
9  Q. Is the Novi store -- tell me the profitability of the
10    Novi store pre-crash versus post-crash.
11 A. Yeah. Pre- -- before the crash occurred, we were --
12    we were -- I would say we were profitable. We were
13    holding our own. We weren't -- you know, there was
14    certainly debt on the books, but it was manageable.
15    We had, again, a good team, good spirit. We were
16    working on updating the system to be an electronic
17    point of sales system, computerized. We had just got
18    everything on the system. We were about ready to roll
19    into that -- that opportunity of being, you know,
20    current with technology.
21        After the crash, I hadn't -- like I say, I
22    hadn't really gone back to work. Sixteen weeks after
23    the crash, in the middle of the night I got a call
24    from my alarm company at the Novi store and the report
25    from the alarm company was that my jewelry store

GARY WEINSTEIN
March 25, 2009

Page 53

1   appears to be on fire. And this was -- this was
2   August of '05, 4:30 in the morning that I got that
3   call, and my jewelry store that morning burned down to
4   the ground. The merchandise was -- all the store
5   merchandise and customer merchandise, for the most
6   part, was safe in the vault, but my design, my
7   fixtures, my -- you know, the store, the walls, the
8   roof was all burned and destroyed.
9       It was at that time that I told my staff
10  that I didn't know if and when I had any interest in
11  coming back and being a jeweler or making jewelry or
12  meeting with clients, and I told them I didn't know if
13  I really was interested in rebuilding. They voiced
14  interest in obviously keeping their job and they
15  wanted to continue to serve the customers that they
16  were vigilantly working on establishing and growing in
17  my absence. I honored their request and I spent the
18  rest of '05 and '06 rebuilding, redesigning that
19  location.
20      While in that process, we did set up a
21  temporary location in an office center down the block,
22  and yet there was still -- there was one employee that
23  I was unable to continue to have even on my staff as
24  part-time at the temporary location and there was
25  another opportunity that came across my desk. I took

Page 54

1   a look at it. It was this other location in
2   Farmington Hills; a jeweler was going out. He
3   presented me with the opportunity to buy out the rest
4   of his lease where he was at and take over his
5   existing location. I thought it was a good
6   opportunity and I went with that at that time. That
7   was in November of '06.
8       I opened up what is now known as Weinstein
9   Jewelers and Loans in Farmington Hills. It wasn't
10  until February of '07 that we actually reopened the
11  original location in Novi, you know, redesigned,
12  little nicer fixtures, but with the same committed
13  staff to run it.
14  Q.  Okay. So it took about a year and a half after the
15      fire to rebuild and reopen the Novi location?
16  A.  Yep.
17  Q.  So not much was going on with respect to profitability
18      on the Novi location?
19  A.  Interestingly not. It was clearly a struggle for
20      them, but in a small, temporary location their
21      overhead was less and with the existing team it was a
22      unique design, a little office, and they were actually
23      able to rebuild the client database, which was quite
24      extensively lost in the fire, records. Your earlier
25      question about do I have --

Page 55

1   Q.  You may not have them?
2   A..  I may not. I may not because that -- I kept thinking
3       it's on the QuickBooks. Like I've got QuickBooks at
4       home and I can look up anything -- I don't know if
5       that data actually is safe now, come to think about
6       it.
7   Q.  Okay.
8   A.  Sorry.
9   Q.  When you rebuilt the store, I assume insurance covered
10      most of that?
11  A.  No.
12  Q.  What happened with the insurance?
13  A.  It was determined that what I had lost was more
14      extensive than the coverage I had. As it was
15      explained to me after the fire, I had coverage on my
16      fixtures and betterments, which I had as showcases and
17      lighting and computer equipment, even, and that --
18      that insurance did come in and was paid for by the
19      insurance company and it was probably a quarter, maybe
20      a third of what it actually cost me to rebuild.
21      What I -- what the eye-opening experience
22      about my insurance at that time was, there were a
23      number of things that did not go into the vault that
24      you could roughly call -- they weren't fixtures and
25      betterments, they were what I called inventory. But

Page 56

1   it turns out they weren't technically inventory, they
2   were more technically personal property, and
3   unfortunately those items were not officially insured
4   as they could have been. So things like gift boxes or
5   some parts that I called inventory that had been left
6   outside of the safe, they were not covered because of
7   the amount of the policy.
8   Q.  So did you incur any out-of-pocket costs -- or how
9       much out-of-pocket costs did you incur to rebuild the
10      store?
11  A.  In rebuilding the store I spent -- in just rebuilding
12      the structure, putting back up the walls and
13      redesigning the showcases, like I say, I spent
14      probably three times as much as the insurance paid me,
15      including some new fresh inventory that I put into the
16      store. I put in approximately 500,000 in the last
17      three years.
18  Q.  And insurance paid you what?
19  A.  150.
20  Q.  All right. So it's back in business in February '07.
21      You've now had two years of it in operation, the Novi
22      store. How is it doing money-wise?
23  A.  Well, it was -- I would say it was fine prior to the
24      downturn in the economy in October of last year. Our
25      numbers up until October, all the way through

GARY WEINSTEIN
March 25, 2009

Page 57

1  September, were strong for the year. Profitability
2  was there. I was still coaching the team
3  periodically. It was probably down to once a month
4  now, but clearly -- even in May of '08, last year, the
5  profitability was there that I gave my full-time
6  employees raises. And again, I was impressed with
7  what they were doing and the way they were producing.
8        Since October of '08, October, November,
9  December, the last quarter was down dramatically,
10 which brought us down for the year -- down for the
11 year, the total gross, and down obviously in
12 profitability also based on that. There's -- looking
13 at just the numbers, it was as though there was no
14 December in the jewelry business as we describe what
15 Decembers are supposed to be, the Christmas season.
16 It looked more on the books like we went from November
17 right to January. There was very little -- very few
18 sales in December.
19        January of this year it actually looked
20 like we were back on a decent track. Numbers
21 rebounded dramatically in January. Now in February
22 and March, the numbers have dropped off again and this
23 morning I'm certainly feeling on edge about the
24 viability of that main location.
25 Q.  Did the fire department ever investigate the cause of

Page 58

1  the fire?
2  A. Yes.
3  Q. And what did they determine, if you know?
4  A. They determined it was an electrical fire.
5  Q. Caused by what, if you know?
6  A. I just heard it was an electrical fire. I heard they
7     suspected some plugs, but such a fallacy. I know for
8     a fact my jeweler turns that power strip off every
9     night. That's, like, his routine. But I don't
10    know -- they said it was electrical.
11 Q. All right. So you heard about this opportunity about
12    the Farmington Hills location, that you could buy out
13    some other guy there?
14 A. Yep.
15 Q. And did you make that purchase -- when did you make
16    that purchase?
17 A. September of '06.
18 Q. And how much did you buy that location for?
19 A. 55,000. I bought his fixtures and betterments.
20 Q. And how many employees are at that store?
21 A. Two full-time, one part-time.
22 Q. And how often do you spend at that time?
23 A. I don't spend any time at that store.
24 Q. Do you monitor how things are going?
25 A. I do. I get weekly reports and I get monthly balance

Page 59

1  sheets.
2  Q. Is the Farmington Hills location doing better than the
3     Novi location?
4  A. Yes.
5  Q. Tell me how.
6  A. They -- they're positioned a little bit more in the
7     pawn and buying end of the jewelry industry and
8     they -- that seems to be the hot button for the
9     jewelry industry right now is buying it back across
10    the counter or loaning cash on the merchandise. And
11    they're able to -- when defaulted or when purchasing
12    it outright, they're able to either turn it over and
13    either melt it or pass it on to a prospective buyer at
14    a considerable discount over what it originally sold
15    for.
16 Q. Is the Farmington Hills location a traditional jewelry
17    store more like Novi or it's more like a pawn shop and
18    resale jewelry shop?
19 A. It's more of a pawn shop/jewelry shop. We only do
20    jewelry.. We don't pawn anything other than fine
21    jewelry. We do have a workbench in there. One of the
22    employees is a jeweler and gemologist also. So it's
23    not quite the custom design studio that the main store
24    is. It's a little bit more nuts and bolts and basic
25    buy back and resell shop.

Page 60

1  Q. And you say you have two employees there?
2  A. Yes.
3  Q. And is this operation open five days a week, six days
4     a week?
5  A. We're six days a week there.
6  Q. And nine-to-five type of deal or ten-to-six, something
7     like that?
8  A. Yeah. I think it's ten-to-five. I'm supposed to know
9     this.
10 Q. And other than reviewing the books and making sure
11    everything goes smoothly, you don't have any role in
12    the day-to-day operations?
13 A. No.
14 Q. And what about the viability of the Farmington Hills
15    location; how do you feel about that this morning?
16 A. I'm certainly comfortable in what they're doing. They
17    didn't make much money last year, but they either
18    broke even or lost just a little bit, and in that
19    market, I was pleased with that.
20 Q. Any intentions of opening any other stores or
21    ventures?
22 A. No.
23 Q. Other than going to the Novi store a couple hours a
24    week, do you have any other employment?
25 A. No.

GARY WEINSTEIN
March 25, 2009

Page 61

1  Q.  Do you intend to do any other type of employment in
2      the future?
3  A.  No.
4  Q.  I want to talk now about Judy's businesses and her
5      employment history, and you've mentioned the VSA --
6  A.  Yes.
7  Q.  -- so can you tell me a little bit more about that?
8  A.  The VSA Corporation -- as I understand, it's a
9      corporation based out of New York, is a consulting and
10     coaching company that is licensed to use a particular
11     methodology or technology in a business environment
12     for coaching. Their agents, one of which Judy was
13     hired in as a coach, was able to go and set up
14     accounts and create a clientele, if you will.
15 Q.  Is it kind of like an eat-what-you-kill-type business?
16 A.  I'm sorry?
17 Q.  Is it an eat-what-you-kill business, meaning you go
18     out and get your own clients and that's how you make
19     money, depending on how many clients you obtain by
20     yourself?
21 A.  Yes, yes.
22 Q.  And how long did she do work at the VSA Company?
23 A.  I recall it being approximately two to three years..
24 Q.  And I think you said that was around the 2001 time
25     period?

Page 62

1  A.  Yes, that sounds -- actually, again, it may have been
2      a year or two before that. I don't have those dates
3      in front of me. My recollection is that it was for
4      some three years with them.
5  Q.  And was that a full-time position for her?
6  A.  Yes.
7  Q.  And do you know how much she earned on a yearly basis
8      at VSA?
9  A.  I don't.
10 Q.  I would assume there might be some --
11 A.  I'm sure --
12 Q.  -- flexibility given, it depends on what kind of
13     clientele you have?
14 A.  Right, right. I'm certain I have records of that. In
15     fact, you have income -- I presented income tax
16     returns, speaking of '02 -- or '01, '02. She may have
17     still been employed with VSA.
18 Q.  Did Judy's income from VSA support you?
19 A.  It was -- we needed to both be working and bringing in
20     an income to support lifestyle.
21 Q.  And how did she hear about this VSA?
22 A.  She was -- again, mentioning Landmark Education, she
23     had developed the skills that Landmark teaches and
24     presents and she became a -- what they refer to as a
25     seminar leader within that group where she would lead

Page 63

1      seminars. And this VSA would often find which centers
2      around the world, basically, had productive seminar
3      leaders that would hire them as consultants.
4  Q.  And was there -- who would her boss be, someone in New
5      York?
6  A.  Yeah, certainly Ms. Valenti and Smith. I remember
7      meeting them both. I don't recall their first names
8      particularly, but -- yeah.
9  Q.  And why did she leave VSA?
10 A.  There was another gentleman who was from this Detroit
11     market that was also being trained and employed by
12     VSA, and Judy and him talked about it, that they could
13     actually buy this license to utilize the technology on
14     their own and open up their own branch here in the
15     Detroit area and create their own clientele, getting
16     away from the big corporation, big company, mother
17     company, if you will, in New York. And that's what
18     they did, and I -- again, I want to say that was
19     probably '02, and in '02, '03, '04, they were in
20     partnership together in a company they called IBE
21     Management.
22 Q.  Did IBE stand for something?
23 A.  No, I don't think so.. I don't think so.
24 Q.  All right. And who was her business partner?
25 A.  Derone York, Y-o-r-k. Derone.

Page 64

1  Q.  And did her role in IBE Management, was that similar
2      to what she did at VSA except that she owned her own
3      business?
4  A.  Yes.
5  Q.  And did she have -- how did she go around getting
6      clientele?
7  A.  I would say it was also through that same network
8      around Landmark Education. I know that there was some
9      policy around Landmark that you couldn't come in and
10     solicit other seminarians, people who are in your
11     seminar at the Landmark center or office, if you will,
12     but if you found them another way, through other
13     means, you could solicit them.
14         And she ended up with some big companies.
15     I think for a while there she was coaching -- she was
16     doing a lot of coaching out at Chrysler Headquarters
17     here in Auburn Hills, Michigan, and in '04 she landed
18     a contract with EDS, an international corporation, to
19     coach a team of their upper management, to the point
20     where by the time it got to early '05, they actually
21     invited her and paid her way, along with one of her
22     new associates, to come to Germany and coach some of
23     the affiliates with EDS in Germany.
24 Q.  Okay.
25 A.  By that time she had already separated from Derone

GARY WEINSTEIN
March 25, 2009

Page 65

1    York and created her IBE as being her own company.
2  Q.  Was that a -- did she buy him out?
3  A.  Yes.
4  Q.  Was that a contentious separation?
5  A.  Contentious?
6        MR. LAKRITZ:  Disputed?
7        THE WITNESS:  It was.
8  BY MS. SCHULTZ:
9  Q.  What happened?
10  A.  It turned out that Derone York used the company credit
11     card to purchase a number of personal items with. She
12     saw this as direct stealing and was -- and not only
13     was she able to, she was willing to separate from him
14     and absorb the expenses that he had incurred. So in
15     the separation, basically she got all the debt that he
16     incurred. She did re-up or maintain the business
17     license in her own name and the technology license
18     that she was currently using, so now at the end of '04
19     it became her own company as a sole proprietor.
20  Q.  When she separated from York and became a sole
21     proprietor, do you know how her company was
22     profitable, how much she made? I mean, I can look at
23     the tax returns, but I'm just asking if you know.
24  A.  I have it that she was quite profitable. The four
25     months of '05 prior to the crash, again, having gone

Page 66

1     off to Germany and working with that big client and
2     having a handful of small clients that she had, she
3     had brought in -- it's my recollection she had brought
4     in some 80,000 -- brought home some $80,000 in just
5     that first four months is my recollection of the cash
6     flow that was occurring in the corporation.
7  Q.  That 80,000 or so, is that gross?
8  A.  I believe it was gross. I think there was some taxes
9     to be paid on that money, but I have the recollection
10     that that was the round number that she actually made
11     the beginning of that year.
12  Q.  How did the 2005 year compare to her profitability in
13     prior years?
14  A.  Well, certainly those first four months is all I can
15     base it on --
16  Q.  Sure.
17  A.  -- but it was markedly better. Again, not only didn't
18     she have a partner or an employer that was taking a
19     share of it and yet she was still doing just as much
20     work as she was doing before. So it was more
21     profitable. She had been in conversations about going
22     back and going more abroad with EDS to work with
23     all -- with more upper managements.
24  Q.  Did she have an office or did she work out of the
25     house?

Page 67

1  A.  Worked out of the home.
2  Q.  And I take it she would probably travel when she met
3     with clients and things like that?
4  A.  She didn't want to be traveling too much, but
5     certainly for the big companies she did. I know she
6     took a couple trips down to Texas and worked with a
7     firm. And then, like I say, the Germany, she would
8     often go to training sessions, seminars, either in
9     Toronto or in LA, with other affiliates who had the
10     technology.
11  Q.  And when she worked out of the home, would she work
12     from -- what hour to what hour?
13  A.  Sometimes she'd work in the evening, but mostly she
14     kept it during the day stuff so she'd be available for
15     the kids.
16  Q.  So was it a combined job of being a stay-at-home mom
17     plus working -- splitting her time with IBE
18     Management?
19  A.  I wouldn't necessarily refer to her as a stay-at-home
20     mom. I never referred to her as that. She was always
21     working. She was always motivated to be in
22     communication, coaching people, even if it wasn't her
23     pro- -- even if she wasn't doing it professionally.
24     She had a network of friends either from the Landmark
25     network or family members. She was a good talker.

Page 68

1        Again, she was a lawyer by trade, even
2     though she wasn't really practicing law but for a few
3     years after law school, and she just had one of those
4     abilities to communicate and express herself and see
5     the beauty in people and in life and was able to serve
6     people in that expression.
7  Q.  How many hours would you say she worked professionally
8     a day as opposed to either taking care of the kids or
9     giving a seminar just on a personal level?
10  A.  I would guess she worked eight hours a day. You know,
11     I know that she would try to stay fit. She always
12     tried to schedule going to the gym. Again, seeing her
13     chiropractor at least once a week. I know she took
14     good care of herself and yet sometimes, often when she
15     was working at the Chrysler headquarters out in Auburn
16     Hills, it was a 4:30, 5:00 start. You know, she'd
17     have to be out there by six, 6:30 in the morning, so
18     sometimes very early starts, but she might have been
19     done by noon and then maybe put some more hours in
20     late in the afternoon before the kids got home from
21     school or late in the evening working on documents and
22     coaching people either on the phone or at their places
23     of business. So I'm sure it was at least eight hours
24     a day, probably seven days a week.
25  Q.  Was the IBE Management business sold after the

GARY WEINSTEIN
March 25, 2009

Page 69

1    accident?
2  A.  No, the business was not sold. There wasn't really a
3      business to sell. What there was was the technical
4      license that was the asset, if you will. It's a
5      $25,000 license which her and her partner originally
6      bought and now she was on her own. There was still
7      the bank note to pay for that license and so the only
8      thing I really had as something to dispose of, there
9      was one employee that she had at the time of the crash
10     that she had been mentoring and like I said went to
11     Germany with her on that coaching session to EDS in
12     Germany, so she had this one employee that was being
13     nurtured by her.
14          She was someone who I needed to not just
15     let go, as I saw it, and I negotiated with another --
16     they're referred to as a technical firm, another firm
17     using the license, to actually hire this woman away
18     from IBE -- the company. So then I had no more
19     liability, if you will, for an employee.
20          There was some kind of an agreement with
21     this new employer for this new employee -- or this old
22     employee that we had and there was an agreement
23     between him and I about the value that the new
24     employee that he was getting was going to be and some
25     back pay that she might have been owed based on hours

Page 70

1      that she had billed that hadn't been resolved at the
2      time of the crash.
3          So the new employer, whose name you have is
4      Mark Kamin & Associates out of Texas -- Houston,
5      Texas, I believe it is, and that employee's name is
6      Susan Gauthier. Susan Gauthier I continued to employ
7      as my business coach after the crash all the way
8      through last year of '08; at the very minimum, monthly
9      calls with her setting goals and targets for my
10     businesses and how my management skills are and how my
11     mentoring skills are with my staff.
12          She, again, used this methodology, this
13     technology from her now new employer, using the same
14     type of formula, if you will, that Judy had been using
15     with VSA and IBE Management. She, this Susan
16     Gauthier, now being employed by Mark Kamin &
17     Associates, was now my coach, and like I say, I
18     utilized her on a monthly basis through last year.
19          This year I've cut back on my coaching with
20     her to four times this year, but still I'm in a
21     relationship -- a business relationship with Mark
22     Kamin & Associates being coached by his firm through
23     Susan Gauthier.
24  Q.  There's a reference in the probate file that suggests,
25     in my interpretation, that IBE was sold for $510,000.

Page 71

1      Does that refresh your memory on what happened with
2      IBE Management? And I may be interpreting it wrong.
3      Just let me know.
4  A.  I don't know -- that IBE was sold for --
5  Q.  There's an inventory filed regarding IBE Management
6      which would suggest it was sold for $510,000.
7  A.  I believe that was -- at the time of the crash there
8      was insurance on Judy of -- a $500,000 policy. This
9      is -- as being the beneficiary of her estate was a
10     policy that I collected on. That was the amount that
11     I got from the company based on that policy.
12  Q.  So she was insured through IBE and had an insurance
13     policy around $510,000?
14  A.  Yes.
15  Q.  And that's what you think this is?
16  A.  Yes, absolutely..
17  Q.  All right. That makes sense to me. Has anyone closed
18     down IBE Management or done the paperwork with the
19     State of Michigan to wind up the business?
20  A.  Yes.
21  Q.  Did you do that?
22  A.  Yes.
23  Q.  When did you do that?
24  A.  I think it got completed in '06. I think the last
25     return was '06. I don't think we did it in '07. I

Page 72

1      think it was '06.
2  Q.  Judy went to Michigan State?
3  A.  Yes.
4  Q.  And do you remember her major?
5  A.  Well, I know she was a -- I want to say she was a law
6      major and a social work minor. She actually went to
7      Michigan State as an undergrad and then went to
8      Detroit College of Law for law school.
9  Q.  And you said she practiced a couple years?
10  A.  Yes. She had an employer -- a couple of employees --
11     a couple of employers that had hired her as an
12     associate to their firms. I don't recall their names.
13     It was only for a year or so at a stint, then she even
14     tried opening up her own -- hanging out her own
15     shingle, but left the practice, not enjoying the
16     arguing that apparently lawyers have to do sometimes.
17  Q.  Sometimes.
18  A.  She found her niche in conflict resolution and that
19     was one of her main platforms that she was working on
20     with Chrysler, developing this format of conflict
21     resolutions.
22  Q.  And when did she obtain her law degree from U of D?
23  A.  It was probably '85. It was the year before we
24     married I think she got her degree.
25  Q.  All right. So she worked as a lawyer a year or so

GARY WEINSTEIN
March 25, 2009

Page 73

1    after she graduated and then VSA started around 2001.
2    What did she do in between?
3  A. Like I say, these other -- well, again, I know she
4    worked with those other attorneys as an employee.
5    Then after she hung out her shingle and stopped doing
6    that, what she went and did, and I'm guessing she did
7    this for three or five years, is she went on staff
8    with this Landmark Education and was what they call an
9    enrollment manager or -- yeah, I guess that's what she
10   was. She was enrollment manager at Landmark Education
11   Detroit office.
12 Q. How many years did she do that?
13 A. Like I say, I think it was three or four, maybe it was
14   five. I don't have the dates.
15 Q. And she was paid for that?
16 A. Yes.
17 Q. Do you know what she was paid?
18 A. No.
19 Q. As far as money you've received as a result of this
20   accident, we just talked about the $510,000 from IBE
21   Management and then is there an additional $500,000
22   related to a trust?
23 A. Yes. I have it as it was life insurance.
24 Q. Okay.
25 A. Right.

Page 74

1  Q. And then there was an annuity policy for about
2    $29,000?
3  A. Annuity policy? Yes. I don't recall that exactly.
4  Q. Do you remember an amount of $29,000?
5  A. Vaguely.
6  Q. Let me show you this document. It might help. It's a
7    letter from Mass Mutual addressed to your lawyer,
8    dated May 18th, 2005, which I'll be marking as Exhibit
9    67.
10        MARKED FOR IDENTIFICATION:
11        DEPOSITION EXHIBIT 67
12        11:08 a.m.
13        THE WITNESS: Yeah, I'm not sure exactly
14   what an annuity policy was. The number does look
15   familiar and I don't question that I received it. I
16   just don't recall it specifically.
17 BY MS. SCHULTZ:
18 Q. Okay. And I guess there's an IRA from Goldman Sachs,
19   25 grand?
20 A. Sounds feasible.
21 Q. And then two education savings accounts with respect
22   to Alex and Sam. Alex's is 63,000, Sam 49,000?
23 A. Yes.
24 Q. And then there's a settlement with Liberty Mutual for
25   a million dollars?

Page 75

1  A. Liberty Mutual? I assume that's the company that
2    Wellinger was employed -- I don't think I knew the
3    name of the company.
4  Q. Liberty Mutual, my understanding, is an insurance
5    company. They did the excess -- had the umbrella
6    policy.
7  A. That Wellinger had?
8  Q. Correct.
9  A. I didn't know the name of the company.
10 Q. And that was a million dollars?
11 A. Yes.
12 Q. And then there was a settlement with Mr. Wellinger
13   himself for $117,000 and some change?
14 A. Yes.
15 Q. And it's my understanding from reading the settlement
16   agreement, and I have it here, Mr. Weinstein, if you
17   need to see it, that as part of the settlement with
18   Mr. Wellinger personally, there's an agreement not to
19   sue him?
20 A. Uh-huh.
21 Q. Setting aside any discussions you may have had with
22   your lawyers, I'm curious as to why you made that
23   agreement.
24        MR. GUERRA: Objection. Mr. Weinstein, let
25   me just instruct you that to the extent any of your

Page 76

1    decision involved advice that you sought from Counsel
2    and advice that was given to you by Counsel, that
3    information is protected by the attorney-client
4    privilege. If there's something outside of that that
5    you know about, then you may answer the question.
6  A. No, I don't.
7  BY MS. SCHULTZ:
8  Q. So --
9  A. I don't --
10 Q. Nothing outside of what your lawyer has told you
11   regarding the agreement not to sue Mr. Wellinger you
12   have no knowledge of?
13 A. No.
14 Q. Do you have any understanding of whether there's money
15   set aside for Mr. Wellinger's defense if he's brought
16   as a defendant in this case?
17 A. I believe we did make sure there was -- the number I
18   recall is maybe 10,000. I don't recall exactly the
19   number, but I recall that we did make sure something
20   was set aside.
21 Q. Do you have an understanding of who would be
22   representing Mr. Wellinger if he's brought in as a
23   defendant in the lawsuit?
24 A. No.
25 Q. Mr. Weinstein, have you had any discussions with any

GARY WEINSTEIN
March 25, 2009

Page 77

1  UGS Siemens employees about the accident?
2  A.  No.
3  Q.  Have you had any discussions with any individual who
4      may have witnessed the accident?
5  A.  Will you please ask the question again?
6  Q.  Sure. Have you ever talked to anybody who may have
7      witnessed the accident?
8  A.  Yes.
9  Q.  Tell me about that.
10 A.  There was -- in one of the other cars that was
11     involved in the crash there was a Linda Glass, who
12     also belongs to the temple where I belong. She was
13     one of the other cars involved in the crash. I have
14     met with her a few times over the course of '05, '06,
15     even '07, and she has shared with me her recollection
16     of the experience of that day.
17 Q.  Can you tell me what she told you?
18 A.  The vivid memory that I have of her communication was
19     that when the noise stopped, she opened her eyes and
20     Judy was looking from her car right towards Linda in
21     her car, but clearly she wasn't moving. Linda shared
22     the story with me that she got out of her car and went
23     over and -- I have the recollection that she shared
24     with me that she closed Judy's eyes, recognizing that
25     she had died.

Page 78

1       She had also shared with me, without much
2      detail, the condition that she saw my son Alex to be
3      in, which was -- I can roughly recall my memory of
4      what she communicated to me was flat. He was riding
5      in the front seat of the car and apparently the
6      vehicle of Mr. Wellinger had basically run him over
7      while sitting in his seat in the car. And she also
8      shared with me her memory of seeing my son Sam and
9      where he was ejected to, and in a vivid memory
10     described to me from her of how he looked, how he laid
11     on the ground.
12 Q.  Thank you. Mr. Weinstein, have you had any
13     discussions with Tom Wellinger? And I think you may
14     have been present for one of his statements, but I
15     mean a face-to-face, one-on-one conversation?
16 A.  Yes. I have it that it was a year after the crash, so
17     it must have been around May of '06. I believe that
18     was the time that I met him. He was still -- he was
19     at the Oakland County jail and that was the first time
20     I had ever met him. He -- when I met him,
21     instinctively I wondered -- knowing that he had a
22     couple of children, I just asked him -- after my
23     Counsel asked me if I had any questions for him, I
24     asked Mr. Wellinger how his kids are. And my memory
25     of the moment was a tear came to his eye and he told

Page 79

1  me that he hadn't seen his son in over a year because
2  he was underage and they wouldn't let him into the
3  jail to see his dad. And I replied that I hadn't seen
4  my boys in a year either.
5       Mr. Wellinger seemed to be remorseful and
6  wanted apparently to assist me and my Counsel in
7  whatever way he could to create closure, you know, or
8  whatever he could to help me grieve, I guess.
9  Q.  Was that the only discussion you had with him
10     one-on-one?
11 A.  Yes.
12 Q.  Other than a discussion with Ms. Glass and excluding
13     any conversations you had with your lawyers, I take it
14     you have no personal knowledge of the accident, what
15     happened or how it happened?
16 A.  No.
17 Q.  I also take it you have no personal knowledge of the
18     circumstances of when Mr. Wellinger left UGS on the
19     day of the accident?
20 A.  No.
21          MS. SCHULTZ: Mr. Weinstein, I thank you
22     for your time. I don't have any other questions for
23     you..
24          MR. GUERRA: We'll reserve our questions
25     until the time of trial.

Page 80

1          MS. SCHULTZ: Mr. Guerra was kind enough to
2  bring me the tax returns for 2005, 2004, 2003, 2002,
3  2001 and 2006 and 2007, and I'm not going to mark them
4  as exhibits, but I have them. Thank you.
5          MR. GUERRA: Thank you.
6          MR. LAKRITZ: Thank you.
7          (The deposition was concluded at 11:25 a.m.
8  Signature of the witness was not requested by
9  counsel for the respective parties hereto.)

GARY WEINSTEIN
March 25, 2009

Page 81

1           CERTIFICATE OF NOTARY
2    STATE OF MICHIGAN )
3                  ) SS
4    COUNTY OF OAKLAND )
5
6          I, AMY C. CALKINS, a Notary Public in
7    and for the above county and state, do hereby
8    certify that the above deposition was taken before
9    me at the time and place hereinbefore set forth;
10   that the witness was by me first duly sworn to
11   testify to the truth, and nothing but the truth;
12   that the foregoing questions asked and answers made
13   by the witness were duly recorded by me
14   stenographically and reduced to computer
15   transcription; that this is a true, full and correct
16   transcript of my stenographic notes so taken; and
17   that I am not related to, nor of counsel to either
18   party nor interested in the event of this cause.
19
20
21   _____
22          AMY C. CALKINS, CSR 3593
23          Notary Public,
24          Oakland County, Michigan
25   My Commission expires: January 19, 2014

CERTIFICATE OF NOTARY

STATE OF MICHIGAN   )

                    ) SS

COUNTY OF OAKLAND   )

I, AMY C. CALKINS, a Notary Public in
and for the above county and state, do hereby
certify that the above deposition was taken before
me at the time and place hereinbefore set forth;
that the witness was by me first duly sworn to
testify to the truth, and nothing but the truth;
that the foregoing questions asked and answers made
by the witness were duly recorded by me
stenographically and reduced to computer
transcription; that this is a true, full and correct
transcript of my stenographic notes so taken; and
that I am not related to, nor of counsel to either
party nor interested in the event of this cause.

*Amy C. Calkins*

AMY C. CALKINS, CSR-3593
Notary Public,
Oakland County, Michigan

My Commission expires: January 19, 2014

| A | | | | |
|---|---|---|---|---|

**A**

abilities 68:4
able 11:14,16 26:2
  31:16,17,17 33:17
  46:8 48:5 54:23
  59:11,12 61:13
  65:13 68:5
abroad 66:22
absence 53:17
absolutely 11:17
  71:16
absorb 65:14
accepting 52:5
accident 6:1 27:16
  35:10 43:14 69:1
  73:20 77:1,4,7
  79:14,19
accounts 61:14
  74:21
accurate 15:17
acquaintance 33:22
acquaintances
  32:23
activities 26:3
actor 17:12 21:1
additional 43:2
  73:21
address 5:23 6:3,5
  21:22
addressed 74:7
adjusted 26:20
admittedly 28:12
adopt 9:16
adopted 13:7
advice 76:1,2
advocate 43:10
affiliates 64:23 67:9
afraid 17:8
afternoon 48:1
  68:20
age 21:11
agents 61:12
agreement 69:20,22
  75:16,18,23 76:11
ailment 29:16
alarm 52:24,25
Alex 7:18 11:3 15:3
  15:5 16:3 19:14
  20:5,17,24 23:12
  23:15 27:9 28:2
  74:22 78:2
**ALEXANDER** 1:9
Alex's 20:21 74:22
alive 45:6

allowance 19:20
alternative 25:5
America 6:11
amount 56:7 71:10
  74:4
Amy 1:25 81:6,22
analysis 23:22
ancient 39:20
Angeles 40:11
annuity 74:1,3,14
answer 4:19 41:22
  76:5
answers 81:12
Antonio 2:14
anybody 41:11,22
  46:23 77:6
anymore 52:8
apart 18:21
apartments 6:7
apparently 42:9
  72:16 78:5 79:6
**APPEARANCES**
  2:1
Appearing 2:9,16
  2:24
appears 53:1
applied 42:7,19
appointments 43:2
appraisals 47:13
appreciate 35:1
apprentice 21:7
approximately
  56:16 61:23
April 10:2,8
area 7:20,22,24 8:5
  9:9,12 34:16 37:5
  63:15
areas 11:17
arguing 72:16
arm 26:1
aside 75:21 76:15
  76:20
asked 17:2,4 28:11
  41:12,25 42:21
  42:23 78:22,23,24
  81:12
asking 35:6 65:23
assert 10:20
asset 69:4
assist 79:6
associate 72:12
associates 49:6
  64:22 70:4,17,22
assume 55:9 62:10

75:1
assuming 29:24
ate 20:13
athlete 22:16
attached 3:12
attachment 13:6 .
attention 12:14
  28:12
attorney 31:1
attorneys 4:16 73:4
attorney-client 76:3
attractive 14:1
attribute 16:15
Auburn 64:17
  68:15
Auflander 8:2
August 20:15 53:2
available 67:14
Avenue 1:21 2:5,20
  10:6
avoid 29:4
awakening 42:22
aware 29:12
awareness 24:7
a.m 1:23 4:3 35:3,4
  39:9 74:12 80:7

**B**

back 6:14 15:14
  20:10 22:11 23:3
  23:6 26:19 35:4
  41:25 42:3,4,8
  46:19 52:22 53:11
  56:12,20 57:20
  59:9,25 66:22
  69:25 70:19
background 18:8
bad 14:24 42:15
balance 24:7 26:21
  58:25
bandaged 27:23
bank 28:15 69:7
banker 9:7
bar 10:5,9
Barbara 9:10,10
  31:25
barely 13:20
Barry 2:3 31:1
  39:17
bars 19:16
base 66:15
based 49:6 57:12
  61:9 69:25 71:11
basic 59:24

basically 7:1 24:2
  27:17 28:15 37:9
  47:10,25 48:14
  63:2 65:15 78:6
basis 62:7 70:18
basketball 22:17,18
beauty 68:5
beginning 18:9
  66:11
behalf 2:9,16,24
believe 9:7 15:21
  16:5 21:13 24:19
  27:4 31:23 44:20
  66:8 70:5 71:7
  76:17 78:17
belong 38:2 77:12
belongs 38:3,3,4
  77:12
beneficial 24:6
beneficiary 71:9
benefit 39:2
benign 18:6
best 11:11 29:7
  40:22 42:6,22
better 19:8 26:21
  59:2 66:17
betterments 55:16
  55:25 58:19
beyond 13:15
big 19:22 25:6
  63:16,16 64:14
  66:1 67:5
bigger 18:22
billed 70:1
Birmingham 30:7
  38:20
birth 7:9
birthday 25:16
birthdays 26:13
bit 7:13 30:19,20
  38:14 45:9 47:8
  59:6,24 60:18
  61:7
block 18:18 53:21
Bloomfield 1:22 2:7
  2:22 4:1 8:3
bodies 25:9
body 23:23 24:1,8
  29:3
bolts 59:24
bond 8:21
book 19:11 22:8
  39:12
bookkeeper 47:9

books 47:6,8 52:14
  57:16 60:10
born 11:4 14:24
  15:5 44:20
boss 63:4
botox 36:1
Botsford 27:13
bought 19:17 58:19
  69:6
box 47:5
boxes 19:18 56:4
boxing 38:14
boys 24:12 26:10,15
  26:24 27:15 29:21
  30:19 42:13 79:4
braces 27:9
brain 24:1
branch 63:14
break 5:3,4 35:1,2
breakthrough
  42:24
breakthroughs
  41:3
breathtaking 11:18
bright 13:25 15:12
  16:24 22:13
bring 46:18 80:2
bringing 62:19
Brittany 2:18 4:11
broke 60:18
brother 8:8,9,11
  9:6,20 17:14 18:2
  22:20,22,24 37:5
brothers 8:4
brother-in-law 9:18
brought 12:24
  57:10 66:3,3,4
  76:15,22
Bs 20:19
buddies 14:18 37:8
  38:2
bump 27:18
bunch 18:1
burned 53:3,8
business 11:12
  12:15 19:13,23
  21:2 45:9,11,20
  46:7,13,17,18,20
  46:25 47:22 48:9
  48:10,14 56:20
  57:14 61:11,15,17
  63:24 64:3 65:16
  68:23,25 69:2,3
  70:7,21 71:19

BIENENSTOCK
COURT REPORTING & VIDEO
248.644.8888

businesses 45:18,19
  61:4 70:10
business-to-busin...
  46:15
button 59:8
buy 19:2,4,17 54:3
  58:12,18 59:25
  63:13 65:2
buyer 59:13
buying 59:7,9

_____ C _____

C 1:25 81:6,22
California 6:11,17
Calkins 1:25 81:6
  81:22
call 10:24 13:22
  14:2 42:23 50:22
  52:23 53:3 55:24
  73:8
called 4:6 10:6
  17:16 23:21 32:25
  37:18 40:24 45:24
  46:1,21 47:2 49:3
  49:5 55:25 56:5
  63:20
calls 8:22 51:4 70:9
car 77:20,21,22
  78:5,7
card 40:15 65:11
cardiovascular
  38:15
cards 20:20
care 28:25 30:13
  31:5 46:14 68:8
  68:14
carried 11:21
carry 20:3
cars 77:10,13
cart 20:5 27:17
case 1:12 4:13
  76:16
cash 59:10 66:5
cassette 20:3
caught 12:7
cause 57:25 81:18
Caused 58:5
center 53:21 64:11
centers 63:1
certain 62:14
certainly 11:19
  12:17 16:16 27:6
  34:13 36:17 38:22
  50:25 52:14 57:23

60:16 63:6 66:14
  67:5
CERTIFICATE
  81:1
certification 6:25
certified 51:18,19
  51:19,23
certify 81:8
change 29:5 75:13
Channel 21:4
characteristic
  16:20
check 38:25
checking 29:5
checks 38:24
chef 21:3
chest 19:24,24
child 11:3
childhood 27:6
children 7:18 11:2
  24:6 78:22
Chinese 39:20 40:2
  41:10
chiro 23:20
chiropractor 23:19
  68:13
choices 44:3
chose 27:1
Christmas 57:15
Chrysler 64:16
  68:15 72:20
circumstances
  79:18
clarify 5:3
class 16:7,19 22:8
  22:10,12
classes 16:20
classrooms 16:22
clean 29:1
cleaned 27:23
cleaning 29:1
Clear 4:23
clearly 9:16 10:12
  11:11,14 14:18
  16:12,12,14 21:2
  23:3 25:4 26:2,19
  30:19 40:16 42:21
  44:5 54:19 57:4
  77:21
client 11:16 12:10
  52:6 54:23 66:1
clientele 61:14
  62:13 63:15 64:6
clients 47:14 48:13

51:6 52:7 53:12
  61:18,19 66:2
  67:3
clinical 31:22
clinically 33:12
close 8:21 34:14
  47:25 48:2 51:22
closed 71:17 77:24
closest 10:18
closure 79:7
Clover 5:22,23
club 37:13,17,18,22
  38:3,4,5
clubs 38:2 45:1,2
coach 11:12,12,13
  38:9,11,13 48:10
  48:19,25 61:13
  64:19,22 70:7,17
coached 70:22
coaching 48:14
  57:2 61:10,12
  64:15,16 67:22
  68:22 69:11 70:19
collected 71:10
College 72:8
Colton 38:25,25
combined 67:16
come 18:18 19:18
  23:7 45:7 48:22
  49:10,17 50:1
  55:5,18 64:9,22
comfortable 60:16
comforting 34:9
coming 25:8 26:19
  48:20 53:11
Commencing 1:23
commercials 35:20
Commission 81:25
committed 17:9
  54:12
communicate 68:4
communicated 78:4
communication
  8:25 13:2 23:25
  38:23 39:3 67:22
  77:18
community 22:21
  22:23 40:20,21
  44:1
companies 64:14
  67:5
company 19:1 49:4
  49:5,9,13 50:5
  52:24,25 55:19

61:10,22 63:16,17
  63:20 65:1,10,19
  65:21 69:18 71:11
  75:1,3,5,9
compare 66:12
compared 18:20
complete 25:25
completed 71:24
computer 55:17
  81:14
computerized
  52:17
concept 23:25 25:7
  41:13,18
concluded 80:7
condition 26:1
  29:13 38:11 78:2
conditions 28:3
condominiums 6:7
conference 8:22
  51:4
conflict 72:18,20
congregation 43:20
  43:24
connected 9:23
consider 9:17
considerable 59:14
considered 30:12
consultants 63:3
consulting 61:9
contact 9:2
contained 40:6
contentious 65:4,5
CONTENTS 3:1
contestants 17:17
context 9:19
continue 7:1 33:7
  53:15,23
continued 26:5 51:1
  70:6
continuing 6:23
contract 64:18
contribute 48:9
Convent 2:13
conversation 12:25
  78:15
conversations
  13:24 66:21 79:13
cope 34:10
Copper 5:12,18,19
  5:21 6:3,5 18:16
  21:22
CORP 1:15
corporation 40:25

41:1 45:14,15
  61:8,9 63:16
  64:18 66:6
correct 75:8 81:15
cost 43:5,6 55:20
costs 56:8,9
counsel 76:1,2
  78:23 79:6 80:9
  81:17
counseling 12:2
  30:5
counselor's 16:22
counted 30:11
counter 59:10
country 37:10,22
  38:2,3,4,5
county 78:19 81:4,7
  81:24
couple 12:20 13:3
  14:3 20:19 22:17
  22:23 24:17 25:25
  28:19 30:24 37:8
  37:10 43:18,20
  47:7 52:3,4 60:23
  67:6 72:9,10,11
  78:22
course 6:16 27:16
  37:12,21,23 44:21
  77:14
courses 38:1,7
COURT 1:1
coverage 55:14,15
covered 55:9 56:6
crash 9:17 13:5
  14:23 15:25 16:1
  16:5,17 22:1 27:7
  27:12 30:6 31:3
  36:15,17,22 42:12
  47:10,14,15,25
  48:25 50:22 51:7
  51:25 52:11,21,23
  65:25 69:9 70:2,7
  71:7 77:11,13
  78:16
cream 18:17,22
  19:1,3,5,9,12,16
  19:16,18 20:2,6
  20:13,13
create 61:14 63:15
  79:7
created 8:21 9:19
  11:21 12:23 13:4
  19:23 46:13 65:1
credit 65:10



GARY WEINSTEIN
March 25, 2009

Creek 5:12,19,21
  6:3,5 18:16 21:22
CSR 81:22
CSR-3593 1:25
cum 13:19
cups 42:2,6,19
curious 75:22
current 52:20
currently 8:10 9:11
  34:19 35:19 65:18
custom 47:13 59:23
customer 53:5
customers 53:15
cut 70:19

**D**

D 13:14 72:22
dad 18:17 79:3
daily 45:20
DANA 2:4
dance 10:21
danced 10:22
dangerous 17:18
Daniel 13:10
dark 10:5
data 55:5
database 54:23
date 7:9 32:2 34:1
  49:7
dated 74:8
dates 62:2 73:14
Dave 8:9
David 35:14
day 9:23 11:25
  16:24 17:1 20:8
  20:12 25:19 27:12
  36:9 46:19 47:10
  47:12,21,24 48:2
  50:24 51:7 52:3
  67:14 68:8,10,24
  77:16 79:19
days 25:21 60:3,3,5
  68:24
day-to-day 50:24
  60:12
deal 24:24 25:2
  60:6
debt 52:14 65:15
deceased 8:11
December 39:13,18
  57:9,14,18
Decembers 57:15
decent 57:20
decipher 33:17

decision 76:1
defaulted 59:11
defendant 1:16
  2:24 4:12 76:16
  76:23
defense 76:15
definitely 42:23
degree 11:19 72:22
  72:24
deliver 20:12
delivered 27:5
dentist 23:16 29:24
depart 11:22
department 57:25
depending 61:19
depends 62:12
deposed 4:14
deposition 1:20
  3:14,15 4:13,17
  39:8 74:11 80:7
  81:8
depression 31:22
  33:13
Derone 63:25,25
  64:25 65:10
describe 8:17 9:13
  11:8 12:11 26:23
  40:22 42:7,22
  57:14
described 78:10
design 51:24 53:6
  54:22 59:23
designing 46:25
designs 47:13
desk 53:25
destroyed 53:8
detail 78:2
determine 58:3
determined 55:13
  58:4
Detroit 23:4,6
  63:10,15 72:8
  73:11
devastating 41:8
developed 49:2
  62:23
developing 72:20
diagnosed 31:21
  33:13
died 77:25
diet 29:5
difference 11:15
differences 14:6,10
different 14:18

21:23 29:6 37:9
  39:24 44:1
difficult 52:6
dinner 10:15
direct 65:12
discontinue 33:4
discontinued 26:7
  31:25 32:6
discontinuing 33:8
discount 59:14
discuss 12:4
discussion 79:9,12
discussions 14:13
  75:21 76:25 77:3
  78:13
diseases 28:8 29:16
dispose 69:8
Disputed 65:6
distance 34:1
distinction 37:18
DISTRICT 1:1,2
DIVISION 1:3
divorce 12:4
doctor 24:4,12 25:6
  25:22 27:5,7,11
  30:6,18 31:7
  35:19 39:14 41:24
  41:25
doctors 28:11,13,13
  28:17 29:6
doctor's 40:12,14
document 39:5,11
  39:15 40:6 74:6
documents 68:21
doing 17:6 18:3
  29:4 36:13,15
  38:14 39:1 41:16
  41:21 43:14 45:20
  51:6 56:22 57:7
  59:2 60:16 64:16
  66:19,20 67:23
  73:5
dollars 49:16,22
  74:25 75:10
door-to-door 46:15
Dover 10:19
downturn 56:24
dozen 19:19,19
  30:8
Dr 23:15,18 24:4,14
  24:18,20,22 25:13
  27:2,3,8,10 28:10
  29:23,24 30:2,2,6
  30:16,18,25 31:4

31:9,16,21,24
  32:3,20 33:4,8,15
  35:6,9,12,13,18
  35:20 39:17,18
  40:2,10 41:5 43:2
dramatically 57:9
  57:21
Draniak 13:10,10
  13:15
drive 46:17
dropped 57:22
duly 4:7 81:10,13
Dunckel 15:23
Dykema 2:19
Dylan's 10:6

**E**

earlier 26:12,14,15
  49:9 54:24
early 18:7 21:19
  22:11 27:6 32:7
  44:19,21 46:11
  64:20 68:18
earned 44:25 62:7
EASTERN 1:2
easy 22:14
eating 20:13 29:1
eat-what-you-kill
  61:17
eat-what-you-kill...
  61:15
economics 18:19
economy 56:24
edge 57:23
Edmunds 1:14
EDS 64:18,23 66:22
  69:11
education 7:3 40:25
  62:22 64:8 73:8
  73:10 74:21
educational 40:25
  41:1
eight 26:7 32:5,9,13
  68:10,23
Eileen 33:19,21,22
  34:12,21
either 27:25 37:8
  43:21 47:22 48:3
  59:12,13 60:17
  67:8,24 68:8,22
  79:4 81:17
ejected 78:9
electrical 58:4,6,10
electronic 52:16

elementary 15:8,14
  15:15,18,22 21:17
  21:23,24
elevated 36:24
Ellen 9:8
employ 70:6
employed 46:9
  62:17 63:11 70:16
  75:2
employee 47:3,4
  48:10 53:22 69:9
  69:12,19,21,22,24
  73:4
employees 57:6
  58:20 59:22 60:1
  72:10 77:1
employee's 70:5
employer 66:18
  69:21 70:3,13
  72:10
employers 72:11
employment 60:24
  61:1,5
ended 46:25 64:14
energy 39:20 40:3
  41:7,10 42:23
engagements 44:3,6
enjoyed 22:16,19
enjoying 72:15
enroll 17:14
enrolled 15:10 16:6
  21:11,23
enrollment 73:9,10
entire 42:5
entrepreneur 16:13
  18:14
environment 39:25
  61:11
equipment 55:17
Eric 23:18
establishing 53:16
establishment
  10:16
estate 1:7,9,11 71:9
evening 10:11,23
  67:13 68:21
event 14:2 81:18
everybody 8:23
  17:9
evident 15:11
evolving 34:13
exactly 74:3,13
  76:18
EXAMINATION

GARY WEINSTEIN
March 25, 2009

| | | | | |
|---|---|---|---|---|
| 3:7 5:7 | 33:6,22 34:9 37:4 | **five** 5:24 50:18 60:3 | **fun** 17:4 | **goes** 60:11 |
| **examined** 4:9 | 38:19 45:4,5 46:7 | 73:7,14 | **functional** 26:2 | **going** 4:13 8:24 |
| **Excellent** 16:4 | 67:25 | **five-minute** 35:1 | **functioning** 25:10 | 12:6 16:1,11,21 |
| **exceptional** 16:4 | **family's** 32:23 | **fixtures** 53:7 54:12 | **further** 18:21 | 17:6 20:1 21:25 |
| 20:21,21 22:6 | **far** 33:12 73:19 | 55:16,24 58:19 | **future** 61:2 | 23:3,5,7 24:18 |
| **excess** 75:5 | **Farmington** 5:12 | **flat** 78:4 | | 25:15 26:7,11 |
| **excluding** 79:12 | 5:22 15:18,21,24 | **flexibility** 62:12 | **G** | 29:3 32:1 33:18 |
| **excuse** 6:12,14 11:3 | 21:12 38:20 45:13 | **floor** 10:21 | **G** 1:14 | 41:15 46:20 54:2 |
| 42:3 | 45:21,25 54:2,9 | **Florida** 37:4,4 | **game** 36:16,24 | 54:17 58:24 60:23 |
| **Exhibit** 3:14,15 | 58:12 59:2,16 | **flow** 66:6 | **Gary** 1:5,20 3:5 4:5 | 66:21,22 68:12 |
| 39:6,8 40:2 74:8 | 60:14 | **follows** 4:9 | 5:10 11:8 | 69:24 80:3 |
| 74:11 | **father** 34:6 46:7,11 | **Food** 21:4 | **gastroenterologist** | **Goldman** 74:18 |
| **exhibits** 3:9,11,12 | **father's** 46:9 | **football** 22:16 23:5 | 40:15 | **golf** 22:19 26:3 |
| 80:4 | **fatty** 35:22 | **foregoing** 81:12 | **gathering** 17:13 | 27:16,17 36:4,7 |
| **existing** 54:5,21 | **Fear** 17:16,21 18:3 | **forgot** 12:16 | **Gauthier** 70:6,6,16 | 36:19 37:8 38:8 |
| **expenses** 65:14 | **feasible** 74:20 | **format** 45:7 72:20 | 70:23 | 44:15,17 45:1,4,5 |
| **experience** 18:15 | **February** 54:10 | **formula** 70:14 | **Gem** 6:17 | 47:22 |
| 25:14 27:25 40:23 | 56:20 57:21 | **Fort** 37:5 | **Gemological** 6:10 | **golfer** 36:5,6 |
| 41:16,17,21 55:21 | **fed** 18:2 | **forth** 81:9 | **gemologist** 6:10,22 | **good** 4:10 12:25 |
| 77:16 | **feel** 26:22 60:15 | **found** 13:24 19:12 | 47:13 59:22 | 13:3,7 16:23 |
| **experiential** 41:14 | **feeling** 57:23 | 22:13 24:5,6 | **gemology** 7:3 | 17:10 19:5 20:22 |
| **expires** 81:25 | **fell** 10:20 25:18 | 30:16,17 33:5 | **gems** 6:21 7:1 | 25:10,18 26:22 |
| **explain** 41:20 | 27:17 | 41:5 52:6 64:12 | **generation** 46:6 | 28:25 30:13,21 |
| **explained** 18:18 | **felt** 25:8 | 72:18 | **gentle** 23:23 | 34:8 36:5,6 38:10 |
| 55:15 | **female** 34:22 | **four** 12:22 15:11 | **gentleman** 12:21 | 42:15 52:15,15 |
| **explanation** 17:5 | **field** 6:24 16:8 | 18:4 30:8 31:13 | 13:1,25 63:10 | 54:5 67:25 68:14 |
| **express** 68:4 | **fifth** 25:15 26:12 | 36:25 65:24 66:5 | **gentleman's** 13:9 | **Gossett** 2:11 |
| **expression** 68:6 | **Fifty** 32:18 | 66:14 70:20 73:13 | **Germany** 64:22,23 | **gotten** 34:5 |
| **extensive** 55:14 | **figure** 4:21 10:16 | **fourth** 15:16,20 | 66:1 67:7 69:11 | **grade** 15:17,21 16:2 |
| **extensively** 54:24 | **figured** 10:17 | 21:20,22,25 | 69:12 | 16:6,8 21:20,21 |
| **extent** 75:25 | **file** 70:24 | **frame** 26:21 | **getting** 12:15 33:5 | 21:22,25 22:8 |
| **extra** 19:22 | **filed** 71:5 | **France** 16:8,10,12 | 34:20 63:15 64:5 | **graders** 16:11 |
| **eye** 12:7 35:19 | **finally** 10:17 | **FRANK** 2:11 | 69:24 | **grades** 20:17 22:5 |
| 78:25 | **find** 63:1 | **Franklin** 9:11 | **gift** 56:4 | **graduate** 6:22 7:7 |
| **eyes** 14:19 19:10 | **finds** 39:2 | **free** 26:24 | **give** 43:11 46:3 | **graduated** 13:19 |
| 77:19,24 | **fine** 27:24 56:23 | **freezer** 19:22 20:11 | 48:14 | 73:1 |
| **eye-opener** 12:18 | 59:20 | **French** 16:7,7 | **given** 52:2 62:12 | **grand** 8:16 74:19 |
| **eye-opening** 55:21 | **finish** 51:24 | **frequent** 38:19,23 | 76:2 | **grandfather** 46:6 |
| | **fire** 53:1 54:15,24 | 44:22 | **giving** 11:23 18:5 | **gravitated** 10:21 |
| **F** | 55:15 57:25 58:1 | **frequently** 36:16 | 42:10 68:9 | **Gray** 35:20 |
| **F** 2:3 | 58:4,6 | **fresh** 20:11 56:15 | **Glass** 77:11 79:12 | **great** 20:22 |
| **Facebook** 44:7,9 | **firm** 2:12 49:2,3 | **Friday** 38:21 47:19 | **go** 6:9,14 7:5 9:21 | **green** 17:22 |
| **face-to-face** 78:15 | 67:7 69:16,16 | **friend** 11:11 12:24 | 12:1 15:7 16:7 | **grew** 8:19 20:25 |
| **facilitate** 29:6 | 70:22 | 13:7 32:22,22 | 18:24 19:2,3,4,7 | 23:1 |
| **fact** 58:8 62:15 | **firms** 72:12 | 33:6 34:8,9 44:14 | 20:11 23:5 24:11 | **grieve** 79:8 |
| **Factor** 17:16,21 | **first** 4:7,14,18 11:3 | **friends** 10:8,10,10 | 24:14 25:24 26:25 | **grocery** 19:4 |
| 18:3 | 15:8 20:12 22:7,7 | 17:20 32:24 33:6 | 26:25 27:1 31:24 | **gross** 57:11 66:7,8 |
| **fair** 24:14 49:22 | 26:6,6,18 27:11 | 40:19,24 44:9 | 32:20 33:23 36:11 | **ground** 4:17 53:4 |
| **faith** 43:23 | 30:6 39:16,17 | 67:24 | 37:2,4,6 38:5 | 78:11 |
| **fallacy** 58:7 | 63:7 66:5,14 | **front** 47:8 62:3 78:5 | 41:19 44:20,22 | **group** 43:25 62:25 |
| **familiar** 74:15 | 78:19 81:10 | **full** 19:15 51:13 | 47:16 48:13 55:23 | **groups** 37:8,9 43:10 |
| **family** 5:25 8:19,23 | **fish** 10:17 | 81:15 | 61:13,17 64:5 | **growing** 53:16 |
| 9:2 13:7 14:9 | **fit** 38:9 68:11 | **full-time** 51:15 57:5 | 67:8 69:15 | **Guerra** 2:11 17:23 |
| 17:12 23:19 25:12 | **fitness** 38:9,11 | 58:21 62:5 | **goals** 48:16 70:9 | 34:25 50:12 75:24 |

GARY WEINSTEIN
March 25, 2009

Page 86

79:24 80:1,5
guess 12:6,13 17:16
  25:15 26:22 32:1
  36:7 46:11,24
  68:10 73:9 74:18
  79:8
guessing 73:6
guy 12:13 25:6
  58:13
gym 68:12

**H**
habits 48:18
half 11:5,7 30:8
  38:12 43:9 54:14
half-day 47:21
hall 17:6 37:19
hampered 26:5
handed 39:5
handful 44:1 66:2
handicap 36:6
handled 12:16
handwriting 33:16
hand-in-hand
  51:25
hanging 72:14
happened 10:7
  15:14 55:12 65:9
  71:1 79:15,15
happy 17:9 21:2
hard 4:21 33:16
  36:11 46:22
head 27:20
headquarters 64:16
  68:15
heal 24:2 25:9
health 29:7
healthier 26:2
healthy 28:7
hear 30:15 40:18
  62:21
heard 35:20 58:6,6
  58:11
heat 25:20
hello 16:24
help 42:25 47:5
  48:4 74:6 79:8
helped 43:1
helps 34:10
hereinbefore 81:9
hereto 80:9
Hershel 35:6
high 7:4,5,7 13:20
  33:23,23,25,25

38:22 43:22,25
  44:1
Hills 1:22 2:7,22
  4:1 5:12,22 9:11
  15:18,21,24 21:12
  37:15 45:13,22,25
  54:2,9 58:12 59:2
  59:16 60:14 64:17
  68:16
Hillside 21:24,24
hindsight 12:13
hire 63:3 69:17
hired 47:4,7,9 49:4
  49:4,9 61:13
  72:11
history 17:8 46:3
  61:5
hit 27:18
hobbies 17:11
  18:13 22:15 36:3
  38:17
hobby 26:4
hockey 22:16,17
hold 48:5
holding 42:15 52:13
holidays 38:22
  43:23
holistic 25:1 28:24
home 19:23 20:10
  27:23 55:4 66:4
  67:1,11 68:20
homes 6:7 18:21
  44:19
Hon 1:14
honored 53:17
hopefully 5:2
hospital 27:13,22
  28:1 50:22,23
hospitalizations
  28:4
host 17:17
hot 59:8
hour 32:16 38:12
  43:9,9,9 67:12,12
hours 47:23 52:3,4
  60:23 68:7,10,19
  68:23 69:25
house 18:16 66:25
houses 18:23
Houston 70:4
huh-huh 4:20 28:9
hung 73:5
Huntington 9:9
husband 11:15

**I**
IBE 63:20,22 64:1
  65:1 67:17 68:25
  69:18 70:15,25
  71:2,4,5,12,18
  73:20
ice 18:17,22 19:1,2
  19:5,8,12,16,16
  19:18,24,24 20:2
  20:6,13,13 25:20
idea 20:1 46:16,24
IDENTIFICATI...
  39:7 74:10
identifies 40:15
ignore 44:12
impersonal 30:17
impressed 57:6
impression 13:11
incident 27:14,24
  including 11:24
  17:14 26:3 56:15
income 62:15,15,18
  62:20
increased 24:7
incur 56:8,9
incurred 65:14,16
individual 77:3
individually 1:5
  42:8
industry 59:7,9
information 76:3
infrequently 28:19
  44:16 45:3,8
initiating 8:22
injured 25:19
inner 35:22
inoperable 25:21
insights 39:23 41:2
instantly 10:20
instinctively 78:21
Institute 6:11,17
instruct 75:25
insurance 55:9,12
  55:18,19,22 56:14
  56:18 71:8,12
  73:23 75:4
insured 46:22 56:3
  71:12
intellectual 13:18
intellectually 13:23
intend 61:1
intentions 60:20
interest 52:8 53:10
  53:14

interested 16:11
  20:23 21:3 28:24
  53:13 81:18
interesting 16:15
  17:18 43:10
Interestingly 41:11
  54:19
international 41:1
  64:18
interpret 33:17
interpretation
  70:25
interpreting 71:2
intimate 34:14
introduced 4:11
inventory 55:25
  56:1,5,15 71:15
investigate 57:25
invited 10:8,10,11
  43:20 64:21
invoice 50:5
involved 24:3 34:22
  39:4 76:1 77:11
  77:13
IRA 74:18
issues 14:13
items 56:3 65:11
IV 2:11

**J**
jail 78:19 79:3
January 39:13
  57:17,19,21 81:25
Jeraniak 13:13
jeweler 23:8 46:6
  46:10,15 47:7,12
  51:19,21 53:11
  54:2 58:8 59:22
jewelers 36:19,20
  45:25 46:1 47:2
  51:18,19 54:9
jewelry 23:7 26:4
  45:9,12 46:7,9,16
  46:24 48:17 50:6
  51:6 52:25 53:3
  53:11 57:14 59:7
  59:9,16,18,20,21
job 47:16 53:14
  67:16
journal 39:16,25
journaling 39:13,23
JUDITH 1:7
Judy 7:13 9:24 16:8
  24:3,11 25:8,21

26:15 28:10,12
  29:13 30:18 42:13
  44:15 48:7 61:12
  63:12 70:14 71:8
  72:2 77:20
Judy's 32:22 50:5
  61:4 62:18 77:24
July 11:7
June 14:25 31:3
Jusino 27:8,9,10

**K**
Kalamazoo 9:7
Kamin 70:4,16,22
Kavieff 28:10
Kaza 27:3
keep 6:25,25 25:9
  26:19 38:10
keeping 29:1 53:14
Ken 8:11
Kenbrook 15:22
  21:17,19
kept 19:20 20:13
  49:11 55:2 67:14
kickboxing 38:14
kicking 38:14
kids 13:3 17:3,13
  18:4,11 24:14
  43:25 44:19 67:15
  68:8,20 78:24
kind 10:16,21 13:6
  23:12 25:6 28:2
  33:16 34:7 36:3
  36:10 41:20 45:7
  46:3,14 47:16
  61:15 62:12 69:20
  80:1
kindergarten 21:17
  21:18,20
kinds 19:16
kiss 11:23
Kleinfeldt 35:18,19
Kleinhuxle 8:9
knew 10:10 12:12
  16:16 27:20 30:18
  30:18 32:20,21
  33:22 34:5,6
  48:17,17,18 75:2
know 4:20,25 5:4
  9:23 11:14 13:22
  14:15 19:17,18
  22:18,24 25:3,14
  26:8 27:5 28:20
  28:23 29:2,9,10

GARY WEINSTEIN
March 25, 2009

30:9,11,12 31:21
31:23 32:2 33:12
36:10 40:21 41:7
43:13 44:13 45:17
47:22 51:22 52:13
52:19 53:7,10,12
54:11 55:4 58:3,5
58:7,10 60:8 62:7
64:8 65:21,23
67:5 68:10,11,13
68:16 71:3,4 72:5
73:3,17 75:9 76:5
79:7
knowing 13:5 42:24
78:21
knowledge 17:7
29:19 76:12 79:14
79:17
known 54:8
Kroger's 19:4

**L**

L.A 67:9
lady 12:24
laid 41:25 78:10
Lake 8:11 38:4
Lakritz 2:3,4 31:1
33:2 65:6 80:6
Lakshmi 27:2,3
landed 64:17
Landmark 40:24
62:22,23 64:8,9
64:11 67:24 73:8
73:10
Lane 5:12
Las 8:14 34:19 37:6
lasted 12:19 14:2
lastly 5:3
lasts 43:8
late 8:21 20:15 40:8
68:20,21
latest 18:16
Lathrup 7:6
laude 13:19
Lauderdale 37:5
laugh 17:10
law 2:12 13:19 68:2
68:3 72:5,8,8,22
lawsuit 76:23
lawyer 68:1 72:25
74:7 76:10
lawyers 72:16
75:22 79:13
laying 42:4

lead 22:12 62:25
leader 62:25
leaders 63:3
League 36:19
learned 6:21
lease 54:4
leave 48:6 63:9
left 10:22 32:8
49:10 50:21 56:5
72:15 79:18
Leonhard 15:13,18
21:18
letter 74:7
let's 15:3 19:7 45:9
level 68:9
liability 69:19
Liberty 74:24 75:1
75:4
license 19:13 63:13
65:17,17 69:4,5,7
69:17
licensed 61:10
life 41:4 44:3 68:5
73:23
lifestyle 62:20
life-changing 29:3
light 19:10
lighting 55:17
liked 17:11
likes 38:25
Linda 77:11,20,21
lined 18:4
lines 23:25
Lions 23:4,6
list 19:15 23:11
listening 10:13
literally 11:12
little 7:13 17:15
18:2,6 19:23
20:12 22:24 26:9
27:19 30:16,20
32:5 36:16 45:8,9
46:13 47:8 49:9
54:12,22 57:17
59:6,24 60:18
61:7
live 5:11,16,18,21
6:19 8:13,15
30:23 34:16
lived 5:14,25 15:16
33:25 34:3
lives 9:9 40:21
living 7:20,23 40:20
44:18

LLC 45:16
Lloyds 46:23
loaning 59:10
Loans 46:2 54:9
local 10:15 21:6
44:21
location 47:1 51:8
53:19,21,24 54:1
54:5,11,15,18,20
57:24 58:12,18
59:2,3,16 60:15
locations 45:20
London 46:23
long 5:14,23 6:16
24:9 27:4 34:1
36:13 43:7 50:2
61:22
longer 26:5 32:5
51:5
look 54:1 55:4
65:22 74:14
looked 16:9 19:11
57:16,19 78:10
looking 21:1 46:25
50:11 57:12 77:20
looks 23:16
Los 40:11
loss 20:12 41:8
lost 34:4,7 41:8
54:24 55:13 60:18
lot 28:12 37:20 38:1
38:6,14,15 64:16
lots 18:22
loud 20:4
love 10:20 11:10,19
12:8,12 14:17
loved 11:24
loving 8:20,25 9:15
11:25
lump 35:22

**M**

M 2:18 39:18 40:2
40:10 41:6 43:2
main 45:23 57:24
59:23 72:19
maintain 9:2 50:9
65:16
major 72:4,6
making 17:4,10
21:2 30:9,14 44:2
53:11 60:10
man 13:25
manageable 52:14

management 63:21
64:1,19 67:18
68:25 70:10,15
71:2,5,18 73:21
managements
66:23
manager 47:5 73:9
73:10
manipulation 23:22
March 1:24 4:2
57:22
MARCUS 2:4
margin 19:5
marital 12:2 14:13
mark 39:5 70:4,16
70:21 80:3
MARKED 39:7
74:10
markedly 66:17
market 60:19 63:11
marking 74:8
married 7:11,14
10:1,2,25 11:2
12:6 13:2 34:5
72:24
Marsha 8:2,7
Mass 74:7
master 51:21
math 20:22
matter 17:2
Mayo 35:12,13,14
Meadowbrook
37:14,16,17,18,19
37:20,22,23 38:3
mean 4:20 24:14
43:13 48:11 50:17
65:22 78:15
meaning 61:17
means 64:13
medical 23:11
27:21 28:3,16
29:12,14 33:9,15
medication 25:5,6
28:24 31:18,19
medications 31:16
medicine 25:1
meet 9:24 10:4
48:23 52:5
meeting 5:2 51:1,5
52:4,7 53:12 63:7
meetings 51:3
melt 59:13
melted 20:10
member 37:13

43:10
members 67:25
memorial 43:22
memories 22:7
42:12,13,14,15,16
memory 10:14 71:1
77:18 78:3,8,9,24
mention 20:24
mentioned 61:5
mentioning 62:22
mentoring 69:10
70:11
merchandise 46:18
53:4,5,5 59:10
met 10:1,2,5 30:7
34:6 67:2 77:14
78:18,20,20
methodology 61:11
70:12
Michael 35:20
Michigan 1:2,22
2:7,22 4:1 5:13
8:3,16 9:7,11 23:5
30:7 36:10 37:11
38:20 45:13 64:17
71:19 72:2,7 81:2
81:24
middle 15:23,24
18:9 52:23
million 74:25 75:10
mind 26:21 50:11
mine 40:24
minimum 70:8
minor 72:6
Mintz 23:18 24:4
24:15,18,20,22
25:13 29:24
minutes 32:18
mobile 46:24
mom 67:16,20
moment 78:25
moments 42:9
Monday 47:19,19
47:20 48:3 50:20
money 26:9 60:17
61:19 66:9 73:19
76:14
money-wise 56:22
Monica 6:11
monitor 58:24
Montessori 15:10
15:12 21:12,12,15
month 24:15,16
32:2,15 48:21

GARY WEINSTEIN
March 25, 2009

49:18 50:1 57:3
**monthly** 58:25 70:8
70:18
**months** 12:20 14:3
20:14 26:7 30:9
31:13 32:4,5,9,13
37:2 65:25 66:5
66:14
**mood** 29:4
**morning** 4:10 16:23
39:5 44:21 53:2,3
57:23 60:15 68:17
**mother** 63:16
**Mother's** 9:22
**motivate** 48:16
**motivated** 67:21
**moussaka** 17:23,25
18:1
**move** 6:5 15:23
**moved** 15:18,20
18:15 21:21,22
**moving** 77:21
**Murphy** 23:15
29:24
**music** 10:9,13,19
20:2,4
**mutual** 32:23 74:7
74:24 75:1,4
**MySpace** 44:7

**N**
**name** 5:9 13:9,12
21:13 29:10 44:10
45:21 46:1 65:17
70:3,5 75:3,9
**names** 8:1 28:19
29:8,10 63:7
72:12
**Nancy** 1:14
**Nate** 35:18
**near** 8:16 10:13
**necessarily** 25:4
67:19
**need** 4:18 5:3 6:23
13:22 18:8 75:17
**needed** 33:5,7 62:19
69:14
**negotiated** 69:15
**neighborhood**
15:15 18:20,20
**neighborhoods**
18:23
**nervous** 23:24
**network** 23:22

40:19 41:5 64:7
67:24,25
**Nevada** 8:12 34:19
**never** 14:19,19 16:9
18:17 41:22 42:2
67:20
**new** 8:10 12:23,24
17:19 33:25 34:3
49:6 56:15 61:9
63:4,17 64:22
69:21,21,23 70:3
70:13
**NGE-RSW** 1:13
**nice** 38:6
**nicer** 54:12
**niche** 46:14 72:18
**night** 10:7,7,14,22
38:21 52:23 58:9
**nine** 50:18
**nine-to-five** 47:16
60:6
**noise** 77:19
**noon** 68:19
**normally** 40:17
**Notary** 81:1,6,23
**note** 69:7
**notes** 40:1,5 81:16
**notice** 26:20 39:24
**November** 11:4
15:5 54:7 57:8,16
**Novi** 45:12,21,24,25
47:1,2,24 48:7,9
50:14 51:8,13
52:9,10,24 54:11
54:15,18 56:21
59:3,17 60:23
**nowadays** 38:8
**number** 10:23 24:5
39:15 44:8 49:14
55:23 65:11 66:10
74:14 76:17,19
**numbers** 56:25
57:13,20,22
**nurtured** 69:13
**nuts** 59:24

**O**
**Oakland** 37:13,23
78:19 81:4,24
**Objection** 75:24
**observations** 39:24
**obtain** 61:19 72:22
**obtained** 33:15
**obtaining** 29:13

**obviously** 7:11 34:6
53:14 57:11
**occurred** 42:17,17
48:23 52:11
**occurring** 66:6
**October** 56:24,25
57:8,8
**office** 16:22,23
40:12,14 53:21
54:22 64:11 66:24
73:11
**officially** 56:3
**oh** 32:1 35:19
**okay** 5:5,6 15:4
19:1 25:12 52:2
54:14 55:7 64:24
73:24 74:18
**old** 14:22 15:11,15
18:20 21:5 28:16
33:22 34:9 69:21
**older** 15:1,2 22:20
**oldest** 8:7
**Oldies** 10:7
**once** 24:11,15,15
32:15 36:21 39:18
45:4 51:1 57:3
68:13
**Once-a-week** 51:3
**one-hour** 39:22
50:4
**one-on-one** 78:15
79:10
**ongoing** 28:22
**online** 20:1
**open** 48:5 60:3
63:14
**opened** 49:10 54:8
77:19
**opening** 46:25
60:20 72:14
**openly** 12:11
**opens** 23:25
**operating** 45:11
**operation** 56:21
60:3
**operations** 60:12
**opportunities** 43:18
52:5
**opportunity** 10:3
52:19 53:25 54:3
54:6 58:11
**opposed** 41:21 68:8
**Orchard** 38:4
**original** 54:11

**originally** 49:12
59:14 69:5
**orthodontist** 27:9
**other's** 38:6
**outings** 45:4
**outright** 59:12
**outside** 40:16 46:18
47:23 56:6 76:4
76:10
**out-of-pocket** 56:8
56:9
**overhead** 54:21
**owed** 69:25
**owned** 64:2
**owner** 45:18

**P**
**page** 3:3,11 39:12
44:10
**paid** 19:19 55:18
56:14,18 64:21
66:9 73:15,17
**papers** 28:16
**paperwork** 71:18
**Pardon** 10:19
**parents** 7:20 45:5
**Pars** 19:12
**part** 29:9 39:20
50:23 51:4 53:6
75:17
**partially** 20:10
**participate** 38:19
**particular** 37:11
61:10
**particularly** 63:8
**parties** 80:9
**partner** 49:3 63:24
66:18 69:5
**partners** 19:21
**partnership** 63:20
**parts** 56:5
**party** 25:16 81:18
**part-time** 51:15
53:24 58:21
**pass** 59:13
**Paul** 9:6
**pawn** 59:7,17,19,20
**pay** 28:12 49:1,2,12
50:6 69:7,25
**paying** 12:14
**payment** 28:21
**peace** 16:15
**pediatrician** 27:3
**peewee** 22:18

**people** 17:10 21:2
24:5 37:20 40:21
41:2 44:9 48:18
48:18 51:17 64:10
67:22 68:5,6,22
**performance** 18:10
22:2,4
**performances**
22:23
**performer** 18:12
21:1
**period** 30:8 32:6
43:22 48:2 61:25
**periodically** 37:6
38:5 39:1 50:25
52:5 57:3
**person** 10:18 47:6
51:16
**personal** 25:14
30:19 35:8 56:2
65:11 68:9 79:14
79:17
**personally** 75:18
**phone** 10:23 19:11
68:22
**physical** 13:16,17
13:17 38:11 42:18
**physician** 31:5 35:8
**picked** 17:1
**piece** 18:1
**pieces** 19:18
**place** 10:5,9 21:13
25:17 34:25 46:17
46:20 81:9
**places** 36:11 37:9
38:6 68:22
**Plaintiffs** 1:13 2:9
2:16
**plans** 6:5
**plastic** 35:21
**platforms** 72:19
**play** 36:8,11,18,20
36:22 37:3,12,25
38:1 44:15,17,21
44:24 45:7 47:22
**played** 45:8
**player** 23:6 44:23
**playing** 22:24 36:25
**plays** 20:2 22:21
**please** 5:9 77:5
**pleased** 60:19
**PLLC** 2:19
**plugs** 58:7
**plus** 67:17

GARY WEINSTEIN
March 25, 2009

point 5:2 52:17
64:19
points 44:23,24,25
policy 56:7 64:9
71:8,10,11,13
74:1,3,14 75:6
Portnoy 9:9
posed 28:14
position 21:6 62:5
positioned 59:6
possibly 41:7,8
posted 44:8
post-crash 50:16
52:10
power 58:8
practice 11:13
23:20 24:4,8
30:22 32:25 36:9
49:11 72:15
practiced 72:9
practicing 68:2
Pre 52:11
preface 23:19 41:22
prefers 18:22
prepare 39:11
prepared 40:2,8
preschool 21:15
prescribe 31:16,18
present 78:14
presented 39:15
41:13,18 54:3
62:15
presently 45:12
presents 62:24
president 36:19
45:13,16 51:9,12
Prestwick 38:5
presume 5:25
pretty 8:19 34:3
47:11
pre-crash 50:16
52:10
primary 31:5
principal's 16:23
prior 51:25 56:23
65:25 66:13
privilege 76:4
pro 44:25 67:23
probably 12:5,19
12:20 24:16 26:6
27:15 31:3 32:1,2
32:4 36:16,24,25
48:24 49:8 55:19
56:14 57:3 63:19

67:2 68:24 72:23
probate 70:24
procedure 39:20,21
39:22 40:3,10
41:10,14,15,15,19
41:20,23 42:5,5
42:20 43:6,8
process 39:21 41:16
43:8 51:24 53:20
processes 39:22
producing 57:7
productive 63:2
profession 48:12
professional 11:13
30:15 33:7,9
professionally
67:23 68:7
profit 19:5
profitability 52:9
54:17 57:1,5,12
66:12
profitable 52:12
65:22,24 66:21
program 6:16
21:12 44:23
prom 34:1
promising 21:5
pronounce 13:12
properly 25:10
property 56:2
proprietor 65:19,21
prospective 59:13
protected 76:3
providers 23:12
provides 26:23
providing 50:11
psychiatrist 29:18
psychological 30:4
31:22 33:10
psychologist 29:18
public 38:1,6 43:12
43:15,18,19 81:6
81:23
pull 20:5
pulled 42:8
pulling 19:25 20:1
purchase 58:15,16
65:11
purchasing 59:11
put 17:20 19:22,23
19:24 20:2 46:16
56:15,16 68:19
puts 41:20
putting 25:20 56:12

| Q | |
|---|---|

quarter 55:19 57:9
queen 14:20,20
question 4:14 14:24
28:2,11,14 41:12
54:25 74:15 76:5
77:5
questioned 12:8
questions 4:19,25
30:24 42:1,9,11
42:12,14,21 78:23
79:22,24 81:12
QuickBooks 55:3,3
quite 8:24 13:25
15:12 18:11 21:3
22:19 23:21 54:23
59:23 65:24

| R | |
|---|---|

rabbi 38:24,25
43:23
raises 57:6
Rapids 8:16
rash 27:19
read 4:21 22:10
readers 20:22 22:11
reading 22:12
75:15
ready 52:18
real 8:19 20:22,22
22:10 28:17 30:21
really 8:20,21 9:15
9:18 11:11,17
28:18,20 29:8,10
34:10 44:10 47:20
50:24 51:1 52:22
53:13 68:2 69:2,8
realm 29:2
rebounded 57:21
rebuild 54:15,23
55:20 56:9
rebuilding 53:13,18
56:11,11
rebuilt 55:9
recall 10:14 12:19
14:4 16:25 27:25
32:21 35:15 61:23
63:7 72:12 74:3
74:16 76:18,18,19
78:3
received 73:19
74:15
recognizing 77:24
recollection 26:13

26:16,17 62:3
66:3,5,9 77:15,23
recommendation
31:2,4 33:2
record 5:9 35:3,4
recorded 20:3
81:13
recorder 20:4
records 28:16 33:15
50:8 54:24 62:14
recover 41:6
recurring 27:24
Red 5:22,23
redesigned 54:11
redesigning 53:18
56:13
reduced 81:14
refer 12:13 13:18
13:21 25:3 37:20
39:17 40:19 42:2
45:23 46:1,5
48:15 51:20 62:24
67:19
reference 33:19
70:24
referred 14:20
18:14 39:19 41:6
51:5 67:20 69:16
referring 43:16
refresh 71:1
regarding 71:5
76:11
register 28:15
regular 17:20 21:4
26:3 29:13 51:3
regularly 37:25
Reid 28:10
rein 26:24
related 35:10 73:22
81:17
relationship 8:17
9:19,21 11:8,18
11:21 12:10,17,23
13:3,6,15,18
30:20 34:2,12,21
70:21,21
relationships 9:13
13:1 34:14
remember.10:12
17:19,21 35:16
44:5,18 49:14,15
63:6 72:4 74:4
remind 4:18
remorseful 79:5

removed 35:23
renewed 42:23
reopen 54:15
reopened 54:10
rephrase 5:1
replied 79:3
report 20:20 52:24
reports 58:25
represent 4:12
Representative 1:6
1:8,11
representing 76:22
represents 39:25
request 44:9 53:17
requested 16:7
39:23 41:23 80:8
resale 59:18
resell 59:25
reserve 79:24
residence 5:14 9:6
residing 8:2,10,11
9:11 34:19
resolution 72:18
resolutions 72:21
resolved 14:5 70:1
respect 54:17 74:21
respective 80:9
rest 10:22 53:18
54:3
restaurants 21:6
result 43:13 73:19
resume 26:2
retired 9:7 46:11
retrieve 41:6
return 71:25
returns 62:16 65:23
80:2
reunions 45:5
reviewing 60:10
rewarding 30:20
re-adopted 9:16
re-committed 14:9
re-up 65:16
riding 27:18 78:4
right 8:14 11:6
15:12 18:4,4,4
19:7 20:14 21:16
27:2,14 35:21
42:16 43:16 44:2
46:20 47:3,5 50:7
50:7 56:20 57:17
58:11 59:9 62:14
62:14 63:24 71:17
72:25 73:25 77:20

| | | | | |
|---|---|---|---|---|
| road 4:20 27:19 | 42:3 46:13 65:12 | 42:18 | siblings 7:24 8:6,18 | 79:1 |
| roaming 14:19 | 69:15 78:2 | sense 21:3 24:7 | 9:14 | sons 11:22 |
| Rochester 37:15 | says 18:17,25 19:9 | 71:17 | side 27:19,19 | soon 10:1 11:2 |
| role 22:25 23:13 | schedule 68:12 | sent 27:23 | sidetracked 34:20 | 20:16 |
| 46:4 60:11 64:1 | Schiff 30:2,6,16,25 | separate 11:14 | Siemens 4:12 77:1 | sorry 7:22 55:8 |
| roll 52:18 | 31:4,9,16,21,25 | 45:19 65:13 | signature 45:24 | 61:16 |
| rollerblading 22:17 | 32:8 | separated 64:25 | 80:8 | sought 33:9 76:1 |
| rollerblading/ska... | school 7:3,3,4,5,7 | 65:20 | significant 28:6,17 | sounds 11:6 31:10 |
| 25:17 | 13:19,20 15:7,8,8 | separating 14:13 | similar 40:23 64:1 | 62:1 74:20 |
| romantic 34:12,14 | 15:9,10,14,16,19 | separation 12:4 | singing 17:6 | SOUTHERN 1:3 |
| 34:21,22 | 15:22,23,24 16:1 | 65:4,15 | single-digit 36:6 | Southfield 7:6 |
| roof 53:8 | 16:18 17:1,1 | September 5:15 | sir 5:11 | 15:19 |
| roughly 39:19 | 20:15,18 21:10,17 | 57:1 58:17 | sister 8:2,7,8 9:10 | sp 13:10 |
| 55:24 78:3 | 21:24,24,25 22:3 | serve 53:15 68:5 | sisters 8:4 9:8,20 | spanning 32:5 |
| round 66:10 | 22:14 33:23,24,25 | service 43:22 | sisters-in-law 9:18 | speak 43:19,20,24 |
| routine 58:9 | 34:1 43:25 68:3 | services 38:21 49:1 | sit 22:11 | speaking 43:12,15 |
| rules 4:17 | 68:21 72:8 | session 24:9,24 | sitting 10:12 78:7 | 44:3,5 62:16 |
| run 48:6 54:13 78:6 | schooling 16:5 | 32:16 38:13 69:11 | sit-ups 38:15 | specifically 74:16 |
| running 23:3,6 | schools 44:2 | sessions 24:11 30:9 | six 30:8 31:9,13 | spend 58:22,23 |
| 45:18 | Schultz 2:18 3:7 | 50:3,4 67:8 | 32:4,5,9,13 60:3,5 | spent 53:17 56:11 |
| runs 51:14 | 4:10,12,16,24 5:8 | set 27:11 45:1,1 | 68:17 | 56:13 |
| rush 20:10 | 17:24 35:2,5 | 48:16 53:20 61:13 | Sixteen 52:22 | spinal 23:22 |
| Ruth 8:8,15 | 39:10 65:8 74:17 | 76:15,20 81:9 | sixth 16:6,8,11 | spine 23:23,24 24:1 |
| | 76:7 79:21 80:1 | setting 41:2 70:9 | 25:16 26:12 | spirit 52:15 |
| **S** | science 20:23 | 75:21 | skateboard 25:17 | splitting 67:17 |
| Sabbath 43:21 | season 20:16 57:15 | settlement 74:24 | 25:18 | SS 81:3 |
| Sachs 74:18 | seasons 22:18 | 75:12,15,17 | skating 25:16 | staff 48:23 51:1,3 |
| sad 17:2 | seat 78:5,7 | seven 11:4,5 68:24 | skills 48:15 62:23 | 51:13 52:4 53:9 |
| safe 53:6 55:5 56:6 | second 4:24 15:9 | seventh 16:2 | 70:10,11 | 53:23 54:13 70:11 |
| sales 47:6,14 52:17 | 22:7,8 | share 66:19 | skit 18:6,7 | 73:7 |
| 57:18 | see 19:6,9 24:19,20 | shared 16:18 17:3 | skits 17:15 | stand 63:22 |
| salesperson 46:10 | 24:22 25:24 26:5 | 41:12,22 77:15,21 | slow 19:3 | star 23:5 |
| Sam 11:3,7 19:14 | 27:1,12 28:18 | 77:23 78:1,8 | slowly 34:13 | start 19:1 23:15 |
| 19:21 20:3,20 | 30:25 31:9,13 | sharing 32:24 | small 28:21 54:20 | 25:12,13 68:16 |
| 22:10,15 23:1,12 | 32:14 33:19 38:11 | sheets 59:1 | 66:2 | started 19:25 20:15 |
| 27:9,13,17 28:2 | 38:13 68:4 75:17 | Sheldon 8:8,13 | smaller 18:23,23 | 21:16 43:14 73:1 |
| 74:22,22 78:8 | 79:3 | she'd 67:13,14 | 22:24 | starting 20:15 |
| Samuel 1:12 7:18 | seeing 25:13,22 | 68:16 | smeared 17:21 18:1 | 27:10 |
| 11:6 21:8 | 26:9,12,21 28:13 | shingle 72:15 73:5 | smile 16:24 | starts 68:18 |
| Samuel's 22:2 | 28:14 29:18 31:7 | shirt 42:5 | Smith 49:6 63:6 | state 5:9 23:5 71:19 |
| Sam's 25:15 | 32:7 33:4 38:10 | shooter 22:19 | smoothly 60:11 | 72:2,7 81:2,7 |
| San 2:14 | 68:12 78:8 | shop 44:25 46:16 | social 72:6 | statements 78:14 |
| Sandberg 35:7,9 | seek 30:5 | 47:23 48:21 59:17 | soft 48:15 | STATES 1:1 |
| Santa 6:11 | seen 11:20 26:14 | 59:18,19,25 | sold 20:6,9 59:14 | stay 9:23 30:22 |
| sat 12:22,24 14:5 | 39:14 79:1,3 | shops 45:12 | 68:25 69:2 70:25 | 38:9 68:11 |
| satisfying 30:21 | sell 19:13 69:3 | shop/jewelry 59:19 | 71:4,6 | stayed 47:6 |
| Saturday 47:19,20 | selling 20:16 | short 20:16 | sole 10:19 47:3,4 | stay-at-home 67:16 |
| 50:20 | seminar 40:13 41:2 | shortly 12:22 31:3 | 65:19,20 | 67:19 |
| save 26:8 | 62:25 63:2 64:11 | shoulder 25:19 26:1 | solicit 64:10,13 | stealing 65:12 |
| saving 19:20 | 68:9 | show 17:21 18:3 | solidified 16:17 | stenographic 81:16 |
| savings 74:21 | seminarians 64:10 | 74:6 | somebody 13:23 | stenographically |
| saw 25:4 26:18 | seminars 43:11 | showcases 55:16 | 16:14 | 81:14 |
| 28:18,20 30:6,10 | 63:1 67:8 | 56:13 | somewhat 38:23 | stint 72:13 |
| 32:3,3,8,13 39:18 | sensation 26:24 | shows 17:15 | son 50:23 78:2,8 | stomach 42:4 |

BIENENSTOCK
COURT REPORTING & VIDEO
248.644.8888

GARY WEINSTEIN
March 25, 2009

stones 6:21
stop 16:21
stopped 26:18 73:5
  77:19
store 19:2,4 23:8
  26:4 45:23,24
  46:4,9,10,24
  47:12,16,24,25
  48:5,6,7,9 50:6,14
  50:21 51:8,14,14
  52:7,9,10,24,25
  53:3,4,7 55:9
  56:10,11,16,22
  58:20,23 59:17,23
  60:23
stores 60:20
stories 16:25
story 10:5 22:9
  77:22
strategic 42:9
street 19:25 20:6,8
  20:9
strip 58:8
strong 57:1
structure 56:12
struggle 54:19
struggled 12:9
student 16:3 22:6
  22:13
students 20:22
studio 59:23
stuff 17:22 20:11
  67:14
Stutz 9:10
submit 50:5
suction 42:2,6,19
sue 75:19 76:11
suggest 71:6
suggested 25:24
  30:5,24 41:24
suggests 70:24
Suite 1:21 2:6,13,21
summer 38:10
Sunday 10:7
Sundays 36:17
Sunshine 15:12
support 11:17 33:5
  62:18,20
supportive 9:1,15
  9:21 12:25
supposed 57:15
  60:8
sure 23:14 28:17
  30:10,13,14 39:1

46:5 49:20,21
  60:10 62:11 66:16
  68:23 74:13 76:17
  76:19 77:6
surgeon 35:21
Susan 70:6,6,15,23
sushi 17:22
suspected 58:7
swings 29:4
sworn 4:7 81:10
system 23:24 29:1
  52:16,17,18

_____ T _____
table 3:1 10:13 18:5
tables 10:14
Tahoe 8:11
take 4:13 5:4 6:21
  20:11 35:2 47:21
  54:4 67:2 79:13
  79:17
taken 1:21 26:15
  27:15 42:20 46:14
  81:8,16
takes 12:17
Talia 30:18 32:3
talk 7:13 15:3 21:8
  29:23 45:9 61:4
talked 12:11 14:15
  29:23 63:12 73:20
  77:6
talker 67:25
talking 49:16 52:7
Tamara 38:25
tape 20:3
targets 70:9
taught 18:7,10
tax 62:15 65:23
  80:2
taxes 66:8
teacher 16:10 22:9
teachers 16:18
teaches 62:23
team 22:18 45:7
  48:16 51:4 52:15
  54:21 57:2 64:19
tear 78:25
tears 17:3
teased 17:7
technical 69:3,16
technically 56:1,2
technique 30:17
techniques 31:11
technology 52:20

61:11 63:13 65:17
  67:10 70:13
teenager 34:7
tell 9:5 10:5 16:3
  19:3,8 21:10 22:2
  22:9 35:7 43:17
  52:9 59:5 61:7
  77:9,17
telling 11:23
temple 38:18,19,20
  43:19 77:12
temporary 53:21
  53:24 54:20
ten 21:4
ten-to-five 60:8
ten-to-six 60:6
term 51:19
testified 4:9
testify 4:7 81:11
Texas 2:14 67:6
  70:4,5
thank 14:25 45:10
  78:12 79:21 80:4
  80:5,6
Thanksgiving 9:22
theater 18:8 22:21
  22:23
thigh 35:22
thing 69:8
things 12:16 17:18
  22:5 43:14 44:24
  52:7 55:23 56:4
  58:24 67:3
think 5:24 12:9,11
  12:15 13:21,24
  14:1 15:17 16:16
  17:19 20:19 21:1
  21:16 22:13 24:10
  25:6,7,14 26:10
  26:16,23 27:10
  28:19 32:6,21,21
  32:24 33:7 34:5
  35:21 39:2,14
  40:14 43:9 45:15
  47:4 48:20,20,21
  48:22,23 49:18
  50:4 55:5 60:8
  61:24 63:23,23
  64:15 66:8 71:15
  71:24,24,25 72:1
  72:24 73:13 75:2
  78:13
thinking 12:16
  25:23 26:8 55:2

third 21:20 46:5
  55:20
thought 42:7 54:5
thousand 49:16,22
  49:24
three 12:21 18:4
  20:14 25:21 34:15
  36:8,10,25 48:24
  51:15 56:14,17
  61:23 62:4 73:7
  73:13
tight 8:19
time 5:4,25 12:5
  13:25 14:23 15:25
  16:1 17:10,15
  20:7 22:1,8,12
  25:22 26:10,18
  27:7,20 29:2 32:6
  33:24 36:18 39:16
  39:17 41:14,18
  45:6 47:4,14 48:2
  49:11 53:9 54:6
  55:22 58:22,23
  61:24 64:20,25
  67:17 69:9 70:2
  71:7 78:18,19
  79:22,25 81:9
times 30:8 31:9
  36:8,10,25 43:21
  50:1 56:14 70:20
  77:14
tissue 35:22
toast 18:1
today 4:13
told 4:16 32:25 53:9
  53:12 76:10 77:17
  78:25
Tom 78:13
tool 8:25 25:11
topic 44:2
tops 14:3
Toronto 67:9
total 57:11
touch 30:22 34:4,8
touching 23:24
tour 37:8
town 38:12,21 51:2
track 57:20
trade 6:10 7:2
  38:14 46:16 47:12
  48:12 68:1
traditional 43:22
  59:16
trained 63:11

training 6:23 67:8
transcript 3:12
  4:22 81:16
transcription 81:15
transformed 40:20
  40:20
travel 67:2
traveling 36:12
  37:7 67:4
treat 24:12
treated 39:14
treating 29:16
treatment 26:25
  27:21 28:1 29:14
  33:8,9,10 35:9,16
  39:19
treatments 26:6
trial 79:25
tried 25:20 36:20
  68:12 72:14
trip 16:8
trips 67:6
truck 18:17,22 20:2
true 81:15
truly 13:4
trust 73:22
truth 4:7,8,8 81:11
  81:11
try 9:22,23 21:5
  36:8,18,21 41:19
  44:17 47:21 68:11
trying 10:16 29:5
  30:23 34:10
tumble 27:18
tuned 26:20
turn 59:12
turnaround 26:1
turned 10:18 20:4
  65:10
turning 19:6
turns 56:1 58:8
TV 17:16
twice 24:16 36:22
  38:11 45:4 48:21
two 9:8 11:7 15:1,2
  19:19 29:21 32:3
  36:8,10 44:4
  45:12 48:24 50:1
  56:21 58:21 60:1
  61:23 62:2 74:21
two-hour 50:3
type 6:23 12:1 16:3
  20:17 22:15 23:20
  25:1 31:10,19

BIENENSTOCK
COURT REPORTING & VIDEO
248.644.8888

GARY WEINSTEIN
March 25, 2009

39:4 40:12 42:1
42:24 60:6 61:1
70:14
types 42:6

**U**
U 37:23 72:22
UGS 1:15 4:12 77:1
79:18
uh-huh 4:19 75:20
umbrella 75:5
unable 53:23
uncle 37:5
underage 79:2
undergrad 6:9 72:7
understand 4:25
5:1 61:8
understanding
13:12 75:4,15
76:14,21
unfortunately 20:7
56:3
unique 41:17 54:22
UNITED 1:1
University 37:13
unsatisfied 31:10
unusual 17:18
23:21
update 7:1
updated 8:23
updating 52:16
upper 64:19 66:23
use 61:10
useful 8:24
usually 18:5 24:9
50:3
utilize 63:13
utilized 70:18

**V**
Vaguely 74:5
Valenti 49:5 63:6
value 69:23
van 46:17,22
Vans 25:17
vault 53:6 55:23
Vegas 8:14 34:19
37:6
vehicle 78:6
vending 19:1
venture 19:21
ventures 60:21
verbal 4:19
versus 52:10

viability 57:24
60:14
vigilant 28:25
vigilantly 53:16
vision 16:14
visits 25:25
visually 17:2
vivid 22:7 77:18
78:9
voiced 53:13
vs 1:14
VSA 49:5,13 50:5
61:5,8,22 62:8,17
62:18,21 63:1,9
63:12 64:2 70:15
73:1

**W**
wagon 19:24
walls 53:7 56:12
Wal-Mart 19:7
want 18:25 23:12
23:19 26:11 27:14
29:23 42:1 61:4
63:18 67:4 72:5
wanted 13:23 14:21
19:16 20:24 22:21
23:1 26:25 53:15
79:6
warm 20:8
wasn't 13:17,17
28:14 31:4 33:2
42:3 46:14 51:5
54:9 67:22,23
68:2 69:2 77:21
watcher 21:4
Watts 2:1
way 11:9 12:1
18:10 26:22 27:12
29:7,12 34:23
40:22 42:6 56:25
57:7 64:12,21
70:7 79:7
Wednesday 1:24
4:2 48:3
week 24:11,15 36:8
36:10,21,22 37:1
38:12 48:3,22
51:1 52:2,3,3 60:3
60:4,5,24 68:13
68:24
weekly 8:22 48:21
58:25
weeks 52:22

Weinstein 1:5,7,10
1:12,20 3:5 4:5,10
5:10 8:8 13:11
20:17 23:11 33:15
35:6 39:4 44:15
45:24 46:1 47:2
54:8 75:16,24
76:25 78:12 79:21
Weinstein's 46:21
50:8
Wellinger 75:2,7,12
75:18 76:11,22
78:6,13,24 79:5
79:18
Wellinger's 76:15
went 6:10 15:8,15
16:9 19:11,14
20:5 21:10 28:15
31:9 32:8,11 41:9
42:19 46:12 49:7
54:6 57:16 69:10
72:2,6,7 73:6,7
77:22
weren't 52:13 55:24
56:1
West 8:3
we'll 5:2,4 7:13
23:15 79:24
We're 60:5
we've 8:22 29:23
40:23
wheels 19:6 46:21
wholesale 19:13
wholesaler 19:9
wholesalers 19:12
wife 11:9 12:1
13:15 14:15,17,22
14:22,24
wife's 9:2,14
willing 30:12 65:13
wind 71:19
winter 20:14 37:2
witness 3:3 4:6,15
4:23 5:6 65:7
74:13 80:8 81:10
81:13
witnessed 77:4,7
woman 69:17
wondered 78:21
Woods 9:9
Woodward 1:21
2:5,20 10:6
work 23:7 24:4
44:22 46:6,18

47:17 48:7,15
49:7 51:6 52:22
61:22 66:20,22,24
67:11,13 72:6
workbench 26:4
51:21 59:21
worked 47:8,11,11
51:25 67:1,6,11
68:7,10 72:25
73:4
working 26:4 46:10
50:24 52:16 53:16
62:19 66:1 67:17
67:21 68:15,21
72:19
works 41:1
workshop 40:24
world 16:15 18:19
63:2
wouldn't 11:22
67:19 79:2
wrapped 12:15
write 18:7
written 27:13
wrong 42:17 71:2

**Y**
yeah 8:25 14:4,9
18:11 20:19,23
22:6,12 27:3
35:25 36:7 42:23
44:4,5,18 49:14
52:11 60:8 63:6,8
73:9 74:13
year 6:18 10:25
16:5 25:23 34:4
35:23 44:18 45:4
54:14 56:24 57:1
57:4,10,11,19
60:17 62:2 66:11
66:12 70:8,18,19
70:20 72:13,23,25
78:16 79:1,4
yearly 62:7
years 5:24 8:20
11:4,5,7 12:6 15:1
15:2,11 21:5
24:17 34:7,15
47:7,9,11 48:24
51:22 56:17,21
61:23 62:4 66:13
68:3 72:9 73:7,12
Year's 17:19
Yep 6:22 21:9 23:3

32:10 47:18 50:15
50:19 54:16 58:14
yesterday 39:15
York 8:10 33:25
34:3 49:6 61:9
63:5,17,25 65:1
65:10,20
young 13:25 21:11
24:5
Y-o-r-k 63:25

**Z**
Ziv 30:2,18,18
31:24 32:3,8,13
32:20 33:4,8
Ziv's 33:15

**$**
$117,000 75:13
$1500 43:6
$25,000 69:5
$29,000 74:2,4
$500,000 71:8
73:21
$510,000 70:25
71:6,13 73:20
$80,000 66:4
$800 49:18

**0**
01 49:8 62:16
02 49:8 62:16,16
63:19,19
03 5:15,15 27:15,15
48:25 63:19
04 17:19 48:25
63:19 64:17 65:18
05 17:19 24:19 31:3
38:10 39:13,18
47:10 50:21 51:2
53:2,18 64:20
65:25 77:14
06 32:6,7 39:13
44:4 51:2 53:18
54:7 58:17 71:24
71:25 72:1 77:14
78:17
07 32:7 51:2 54:10
56:20 71:25 77:15
08 57:4,8 70:8
09 6:12

**1**
1st 10:2,8

GARY WEINSTEIN
March 25, 2009

| | | | | |
|---|---|---|---|---|
| **10,000** 76:18 | **39577** 2:20 | | | |
| **10:00** 35:4 | | | | |
| **10:06** 39:9 | **4** | | | |
| **100** 2:13 | **4:30** 53:2 68:16 | | | |
| **11** 21:4 | **48304** 2:7,22 | | | |
| **11:08** 74:12 | **49,000** 74:22 | | | |
| **11:25** 80:7 | | | | |
| **12** 12:6 21:5 | **5** | | | |
| **15** 24:10,24 | **5** 3:7 | | | |
| **150** 19:17 56:19 | **5:00** 68:16 | | | |
| **18** 34:2 47:11 51:22 | **50s** 46:7 | | | |
| **18th** 74:8 | **500,000** 56:16 | | | |
| **180** 19:18 | **527-0500** 2:15 | | | |
| **19** 81:25 | **55** 14:25 | | | |
| **19th** 10:3 | **55,000** 58:19 | | | |
| **1976** 7:8 34:2 | | | | |
| **1978** 34:2,5 | **6** | | | |
| **1979** 6:15 | **6:30** 68:17 | | | |
| **1980s** 46:12 | **60s** 46:8 | | | |
| **1984** 9:25 | **63,000** 74:22 | | | |
| **1987** 47:1 | **66** 3:14 39:6,8 40:2 | | | |
| **1992** 15:5 | **67** 3:15 74:9,11 | | | |
| | | | | |
| **2** | **7** | | | |
| **2:07-cv-15000** 1:13 | **7-23-57** 7:10 | | | |
| **20** 34:3 47:9 | **70s** 46:8 | | | |
| **20-minute** 24:10,24 | **723-4746** 2:8 | | | |
| **200** 1:21 2:6 | **74** 3:15 | | | |
| **2000** 25:23 | **78205** 2:14 | | | |
| **2001** 25:24 61:24 | | | | |
|   73:1 80:3 | **8** | | | |
| **2002** 80:2 | **80,000** 66:4,7 | | | |
| **2003** 80:2 | **84** 10:2 | | | |
| **2004** 80:2 | **85** 10:3 72:23 | | | |
| **2005** 24:18 31:14 | **89** 6:12,13 | | | |
|   40:8,8 66:12 74:8 | **9** | | | |
|   80:2 | **9:05** 1:23 4:3 | | | |
| **2006** 32:11 80:3 | **9:55** 35:3 | | | |
| **2007** 80:3 | **92** 11:4 | | | |
| **2009** 1:24 4:2 | **95** 11:7 | | | |
| **2014** 81:25 | | | | |
| **203-0700** 2:23 | | | | |
| **210** 2:15 | | | | |
| **22nd** 14:25 | | | | |
| **248** 2:8,23 | | | | |
| **25** 1:24 4:2 74:19 | | | | |
| **27971** 5:12 | | | | |
| | | | | |
| **3** | | | | |
| **3rd** 50:21 | | | | |
| **300** 2:13,21 | | | | |
| **3593** 81:22 | | | | |
| **39** 3:14 | | | | |
| **39400** 1:21 2:5 | | | | |