UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WEINSTEIN, Individually and as Representative
of the Estate of JUDITH WEINSTEIN, as Representative
of the Estate of ALEXANDER WEINSTEIN, and as
Representative of the Estate of SAMUEL WEINSTEIN,

        Plaintiff,

vs.                                     Case No. 2:07-CV-15000
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

SIEMENS, F.K.A. UGS CORP.,
        Defendant.
_____/

ORDER REQUIRING THE PARTIES TO PROVIDE THE COURT WITH INFORMATION
REGARDING THE PROPOSED SECOND AMENDED JOINT FINAL PRE-TRIAL ORDER
PRIOR TO THE HEARING ON NOVEMBER 18, 2010

        The Court has received the parties' proposed Second Amended Joint Final Pre-Trial Order. The parties are hereby ordered to file with the Court, by 5:00 p.m. on Wednesday, November 17, 2010, a new copy of the proposed Second Amended Joint Final Pre-Trial Order underlining each specific proposed change, and referring the Court to specific textual changes, to the Joint Final Pre-Trial Order entered by the Court on August 23, 2010. The Court will address the proposed Second Amended Pre-Trial Order at the hearing on the parties' motions *in limine* scheduled for Thursday, November 18, 2010 and will rule on the proposed second amended order at that time.

IT IS SO ORDERED.

                                                          S/Paul D. Borman
                                                          PAUL D. BORMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: November 16, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 16, 2010.

                                                S/Denise Goodine
                                                Case Manager