UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WEINSTEIN, Individually and as Representative
of the Estate of JUDITH WEINSTEIN, as Representative
of the Estate of ALEXANDER WEINSTEIN, and as
Representative of the Estate of SAMUEL WEINSTEIN,

        Plaintiff,

vs.                                                        Case No. 2:07-CV-15000
                                                                Paul D. Borman
                                                                United States District Judge

SIEMENS, fka UGS CORP.,

        Defendant.
_____/

## ORDER DISPENSING WITH ORAL ARGUMENT ON CERTAIN MOTIONS *IN LIMINE*

The Court originally scheduled each of the parties' motions *in limine* for hearing. Upon review of the parties' papers, however, the Court, pursuant to E.D. Mich. L.R. 7.1(f)(2), finds that <u>oral argument is not necessary</u> on Defendant's Motions *in Limine* Nos. 1 (Dkt. No. 61), 2 (Dkt. No. 62), 5 (Dkt. No. 65), 6 (Dkt. No. 66), 9 (Dkt. No. 67), 10 (Dkt. No. 70), 11 (Dkt. No. 71), 13 (Dkt. No. 73), 14 (Dkt. No. 74) and 17 (Dkt. No. 77) or on Plaintiff's Motions *in Limine* Nos. 2 (Dkt. No. 89) and 3 (Dkt. No. 90). The Court will hear argument as scheduled on November 18, 2010 on the remainder of the parties' motions *in limine*.

IT IS SO ORDERED.

                                                                      S/Paul D. Borman
                                                                      PAUL D. BORMAN
                                                                      UNITED STATES DISTRICT JUDGE

Dated: November 16, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 16, 2010.

                                        S/Denise Goodine
                                        Case Manager