UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WEINSTEIN, Individually and as Representative
of the Estate of JUDITH WEINSTEIN, as Representative
of the Estate of ALEXANDER WEINSTEIN, and as
Representative of the Estate of SAMUEL WEINSTEIN,

        Plaintiff,

vs.                                                         Case No. 2:07-CV-15000
                                                                 Paul D. Borman
                                                                 United States District Judge

SIEMENS, fka UGS CORP.,
        Defendant.
_____/

ORDER (1) DEFERRING RULING ON PLAINTIFF'S MOTIONS *IN LIMINE* NO. 1 (DKT.
NO. 87), NO. 2 (DKT. NO. 89) AND NO. 3 (DKT. NO. 90) AND
(2) EXCLUDING FOR NOW TESTIMONY AND/OR MENTION AT TRIAL OF ALL
FACTUAL ISSUES RAISED IN THOSE MOTIONS

This matter is before the Court on Plaintiff's Motions *In Limine* Nos. 1, 2 and 3 (Dkt. Nos. 87, 89 and 90). Siemens fka UGS Corp. ("Siemens") filed responses. (Dkt. Nos. 100, 101 and 102.) The Court held a hearing on November 18, 2010.

The Court DEFERS ruling on Plaintiff's Motions *in Limine* Nos. 1, 2 and 3 (Dkt. Nos. 87, 89 and 90) and excludes for now testimony and/or mention at trial of all factual issues raised in those motions.

                                                                  s/Paul D. Borman
                                                                   PAUL D. BORMAN
                                                                   UNITED STATES DISTRICT JUDGE

Dated: November 22, 2010

1

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 22, 2010.

                                              s/Denise Goodine
                                              Case Manager