UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY WEINSTEIN, Individually and as Representative
of the Estate of JUDITH WEINSTEIN, as Representative
of the Estate of ALEXANDER WEINSTEIN, and as
Representative of the Estate of SAMUEL WEINSTEIN,

       Plaintiff,

vs.                                       Case No. 2:07-CV-15000
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

SIEMENS, fka UGS CORP.,
       Defendant.
_____/

## ORDER STRIKING PLAINTIFFS' SECOND AMENDED NOTICE OF FILING PROPOSED JURY QUESTIONS

The Court STRIKES Plaintiffs' Second Amended Notice of Filing Proposed Jury Questions (Dkt. No. 174) and instructs both parties that no further amendments to the proposed voir dire questions will be accepted.

IT IS SO ORDERED.

                                                      S/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: November 29, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 29, 2010.

                                        S/Denise Goodine
                                        Case Manager