UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gary Weinstein,

                Plaintiff(s),

v.                                      Case No. 2:07–cv–15000–PDB–RSW
                                              Hon. Paul D Borman

UGS Corporation,

                Defendant(s).

**JUDGMENT FOR DEFENDANT(S)**
**Jury Verdict**

   This action came before the Court for a trial by jury.  This action was tried and the jury has rendered its verdict.

   IT IS ORDERED that Plaintiff(s) recover nothing, the action be dismissed on the merits, and the Defendant(s) recover costs from Plaintiff(s).


                                            DAVID J. WEAVER, CLERK OF COURT


                                    By: s/ D. Goodine
                                           Deputy Clerk


Dated:  December 16, 2010


Approved as to form:

s/ Paul D Borman